(Federal Habeas Corpus Petition pagesin brackets)

# TABLE OF CONTENTS

### ATTACHMENTS

| | | |
|---|---|---|
| **(2)** | Attachment A | Psychosocial History |
| **(58)** | Attachment B | Time line, Steven Long |
| **(77)** | Attachment C | Genograms |

### EXHIBITS

| | | |
|---|---|---|
| **(96)** | Exhibit 1 | Title 22 (Examining Boards), Texas Administrative Code, Part 3, Chapter 781 |
| **(99)** | Exhibit 2 | Interview with Juror Ancil Adkins |
| **(102)** | Exhibit 3 | Interview with Juror Nancy Gillham |
| **(104)** | Exhibit 4 | Proposed Supplemental Guidelines for the Mitigation Function of Defense |
| **(115)** | Exhibit 5 | Curriculum Vitae – Kelly R. Goodness, Ph.D. |
| **(126)** | Exhibit 6 | Dr. Kelly Goodness Website – Practice Overview |
| **(128)** | Exhibit 7 | Dr. Kelly Goodness Credentials – prepared for Mr. Johnson in Steven Long |
| **(131)** | Exhibit 8 | Stephen Bright, Article |
| **(141)** | Exhibit 9 | Steven Long Interview #001 |
| **(149)** | Exhibit 10 | Holdman, Scharlette, The Nature and Role of Mitigating Evidence in |
| **(184)** | Exhibit 11 | Windham School District Records |
| **(194)** | Exhibit 12 | Dr. Laura Lacritz Interview, |
| **(200)** | Exhibit 13 | Thomas Tidwell Arrest/Trial Records Collin County 1957 |
| **(244)** | Exhibit 14 | 1955 and 1956 Blue Ridge School Annual Pictures, Tommy, Judy, Dorothy Tidwell |
| **(252)** | Exhibit 15 | Garland Independent School District Records |
| **(257)** | Exhibit 16 | Dallas Independent School District Records |
| **(266)** | Exhibit 17 | Graphs of Steven Long's Achievement Scores |



PETITIONER'S
EXHIBIT
1

3:12cv839

*Mitigation Partners*

P. O. Box 832073   Richardson, Texas
214 415-6753

# Steven Lynn Long

## Mitigation Affidavit
## & Exhibits

## Social History

## Toni Knox, LCSW

## January 15, 2008

LONG EXHIBIT 1, p. 001

NO. WR-

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

EX PARTE:

§ FROM 265TH
§
§ CRIMINAL DISTRICT COURT
§
STEVEN LONG
§ DALLAS COUNTY, TEXAS

RELATED CAUSE NUMBERS:

TRIAL: NO. F05-52918

*State of Texas v. Steven Long*

APPEAL: NO. 75,539

*Long v. State*, in the Texas Court of Criminal Appeals

## AFFIDAVIT OF TONI KNOX, LCSW

### Assessment of Mitigation Investigation and Presentation

I, Toni Knox, LCSW, declare as follows:

1. I am a Licensed Clinical Social Worker in the State of Texas and specialize in the
practice of mitigation in capital cases, both pre-trial and post-conviction. I have
received training in mitigation through the National Association of Social Workers
(NASW), National Alliance of Sentencing Advocates and Mitigation Specialists
(NASAMS), National Association of Criminal Defense Lawyers (NACDL), Texas

LONG EXHIBIT 1, p. 002

Criminal Defense Lawyers Association (TCDLA), The Center for American and International Law, and the Texas Defender Services. I have obtained over 150 hours in training in both CLE and CEU approved training seminars. I am also a member in good standing of the NASW, NASAMS, NACDL and TCDLA.

2. I received my Masters Degree in Social Work (MSSW) from the University of Texas at Arlington in 1993. At the time of my graduation in 1993, I obtained my LMSW (Licensed Master of Social Work) from the state of Texas by submitting my graduate transcript and passing the LMSW test administered by the Texas State Board of Social Work Examiners. After obtaining my LMSW, I completed three years of post graduate social work clinical experience with supervision and passed the LCSW (Licensed Clinical Social Worker) exam in 1996. The LCSW license includes the ability for private practice in individual therapy.[1]

3. I have twelve years of experience in preparing psychosocial histories in a clinical setting, assessing family dynamics and recommending interventions, and assessing chemical dependency and mental health symptoms. I am very knowledgeable concerning the administration of psychotropic medications and their applications. I frequently attend presentations concerning current and newly introduced psychotropic medications. Since 2003, I have attended numerous seminars and training sessions concerning the preparation of mitigation, particularly in capital cases. The role of mitigation has continued to expand since the Supreme Court ruling in the Wiggins case in June, 2003[2] and the Fifth Circuit Court of Appeals in the Dallas County Lewis Case in December 2003.[3]

4. I have been appointed by the court as a Mitigation Specialist for the defense in the State Habeas for Steven Lynn Long. I have been asked by Steven's attorney, Mick

---

[1] Exhibit 1 -- *Title 22 (Examining Boards), Texas Administrative Code, Part 3, Chapter 781,* Rules Relating to the Licensing and Regulation of Social Workers, Adopted by the Texas State Board of Social Worker Examiners Effective on August 24, 2005.

[2] Wiggins v. Smith (123 S.Ct. 2527 (2003)) Maryland case heard by the Supreme Court on Writ of Certiorani from the Fourth Circuit Court of Appeals

[3] Lewis v. Dretke (2003 Wi. 22998819, C.A.5 (Tex.) Dec. 2003) Dallas County Texas case heard by the Fifth Circuit Court of Appeals on appeal from the United States District Court for the Northern District of Texas

Michelson, to complete a social history of Steven and his family background to determine what possible factors, including genetic, cultural, environmental and interpersonal, could have affected his development, behaviors, social and psychological functioning.

5. It has been determined by ABA Guideline 4.1[4] that every capital case requires a qualified mitigation specialist as part of the defense team to compile a comprehensive and well documented psycho-social history. Additionally, a complete social history is necessary for any mental health experts to review in order to establish a base line for Steven's cognitive functioning and provide history for a more accurate mental health diagnosis and to evaluate and administer psychological tests.

6. Mental health and medical experts also require social history information to weigh and make accurate assessments of lay witness reports of Steven's behavior surrounding the offense, during interrogation by law enforcement, and during clinical interviews with Steven. A properly documented social history also offers insight into factors and circumstances that affected Steven's behavior over the course of his life and is relevant to the presence, significance, and weight of mitigating factors. Without a complete social history, it is difficult to identify the mitigation themes and possible expert witnesses to testify to support the mitigation themes.

7. It is common practice for the mitigation specialist to interview all possible family history witnesses to compile the social history and identify possible testifying witnesses.

8. It is also common practice for the defense team to obtain records using the defendant's release rather than subpoena records. This allows the defense team to review records to decide if they will be beneficial for the defense case prior to alerting the prosecutor of the records by issuing a subpoena. It is common practice for the mitigation specialist to obtain the records with these releases.

9. In reaching my professional opinion, I conducted interviews with the defendant,

---

[4]   ABA Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases, Revised Edition, February 2003

Steven Long, various members of his family and jurors.  I have the read the trial transcript.  I have reviewed previous records and interviews conducted by Mr. Johnson, Buckner's Orphanage Records on Judy and Dorothy Tidwell and Dr. Kelly Goodness's notes.  These are the kinds of materials routinely relied upon by social workers to complete a psycho-social assessment.  The entire list of materials reviewed is attached in the Appendix.

10. In addition to preparing a complete psycho-social history, I have been asked to assess the effectiveness of the mitigation presentation during the punishment phase.  In my opinion, there were extreme problems in the mitigation presentation as indicated below.

## Problems with the Mitigation Presentation

After reviewing all previous information and new information gathered from the current mitigation investigation, the following were identified as the primary problem areas:

    a)  Complete psycho-social history was not compiled and documented

    b)  Confusion concerning the "Mitigation Specialist Role"

    c)  Defense team did not humanize the client for the jury

    d)  Defense team did not investigate further the poor results on the psychological tests

### a)  Lack of Documented Psycho-Social History

Mitigation strategies should have been based on a thorough mitigation investigation and documentation of Steven and his family's history.  According to Scharlette Holdman, and other seasoned and experienced mitigation specialists, it is essential that a life history of Steven was completed and documented:

> *The results of the life history investigation are relied upon by psychiatrists, neurologists, neuropsychologists, psychologists, social workers, and other mental health professionals who conduct a mental assessment of the offender.  These professionals require a reliable and*

> *independently documented life history about the offender. Although the*
> *offender is a valuable source of information, he can not be relied upon to*
> *provide the data that constitutes a social history. Mental illness,*
> *neurological deficits, mental retardation or lack of knowledge cause an*
> *individual to be an unreliable historian.*
>
> *Only with a properly gathered and documented history, can mental health*
> *professionals determine the presence, severity and effect of mental*
> *disorders as well as personal strengths that affected the offender's*
> *behavior during the course of his life. Mental health professionals rely on*
> *the social history as well as their clinical observations to determine*
> *appropriate diagnostic tests to administer, the likelihood of genetic*
> *predisposition in the development of mental illness, and possible etiology*
> *of impairments.*[5]

The lack of a documented social history is evident by the varying diagnoses from the different mental health experts that evaluated Steven. Without the information gained from a well-documented and corroborated psychosocial history,[6] a psychiatrist and/or other mental health professionals are unable to accurately diagnose the patient and can only provide a preliminary diagnosis based on the current symptoms they see in their brief interview.

The standard of care normally recommended in a capital case is the use of a chronological timeline. The defense did not offer any type of chronological presentation (time line) to the jury that might have illustrated the events during specific time periods that affected Steven. Steven's complete time line is attached,[7] but the following is a brief sample:

## Steven Long Time Line

| Date | Event | Source |
|------|-------|--------|
| 10/10/1920 | Thomas Lee Tidwell is born in Kaufman, Texas | Buckner |
| 03/29/1924 | Ruby Lynn Drewry is born. | Death C |
| 01/15/1944 | Dorothy Jack Tidwell is born to Ruby and Thomas Tidwell. | Ancestry |
| 06/07/1945 | Roy Donald Tidwell is born to Ruby and Thomas Tidwell. | Ancestry |

---

[5] Exhibit 10 -- Holdman, Scharlette, The Nature and Role of Mitigating Evidence in Capital Cases, Center for Capital Assistance, 1992.
[6] Attachment A – Psychosocial History
[7] Attachment B – Time line, Steven Long

Affidavit -- Toni Knox                                    January 15, 2008
Mitigation Assessment                                          Page 6 of 12

| Date | Event | Source |
|------|-------|--------|
| 06/07/1946 | Roy Donald Tidwell dies from a stomach type virus. | Estimate |
| 09/29/1946 | Steven's mother, Judy Ann Tidwell, is born to Thomas Lee Tidwell and Ruby Lynn Drewry/Tidwell. | |
| 12/31/1950 | Ruby Lynn Tidwell dies from TB. | DC |
| 01/01/1957 | Thomas Tidwell is sent to prison | Estimate |
| 09/21/1958 | Home Visit from Buckner with Mrs. Tidwell, Judy's stepmother. Mrs. Tidwell tells the caseworker that her husband suffers from a "split personality". Mrs. Tidwell states that Mr. Tidwell had attacked Judy and Dorothy several times before they had the courage to tell her. Mr. Tidwell had previously been a deacon in the Baptist church. Mrs. Tidwell believes her ex-husband is receiving psychiatric care in prison. | Buckner |
| 10/02/1958 | Judy Ann Tidwell is admitted to Buckner Orphans Home | Buckner |
| 10/18/1958 | On the intake form for Buckner, Judy Tidwell's IQ is listed as 59. | Buckner |
| 10/29/1958 | Dorothy and Judy have a first time meeting with their CW at Buckner. Judy was tearful during much of the session. Both girls were homesick. The girls had not received a letter from their stepmother, Lottie. | Buckner |
| 11/19/1958 | Judy meets with her caseworker at Buckner and it is noted that Judy rarely smiles and seemed unhappy. Judy did not understand why she could not return to live with her mother. Letter to Lottie Tidwell informing her that Judy and Dorothy are adjusting to Buckner, but encourage her to visit them. | Buckner |
| 12/05/1958 | Judy visits with her caseworker and is crying because she believes her mother has moved and she does not know her address and she has not visited. | Buckner |
| 01/04/1959 | Dorothy runs away from Buckner with a friend, Ruth Hughes. | Buckner |
| 02/06/1959 | Judy Tidwell's case worker describes Judy's problems as: 1) cannot accept rejection by stepmother; 2) not accepted by other girls at the home, 3) is emotionally unstable and cannot get through an interview without crying; 4) is bitter toward her father because of what happened; 5) she has unpleasant habits that cause the other girls not to like her. | Buckner |
| 10/30/1959 | Dorothy talks with the CW at Buckner about the possibility of living with her Uncle Ray Tidwell, rather than Buckner. | Buckner |
| 11/13/1959 | Buckner makes a visit to the Tidwell home. Judy's stepmother, Mrs. Tidwell, is drawing social security on the children's mother. | Buckner |
| 11/13/1959 | CW from Buckner visits the Ray Tidwell home, 324 Elston Drive. CW if informed that Judy and Dorothy had lived briefly wit them prior to going to their stepmother's home. | Buckner |

It is also a common practice as part of the mitigation investigation to prepare a family genogram. This family genogram can be helpful to illustrate various family patterns including criminal history and mental illness.[8] This genogram is often useful in helping the jury keep track of the various family members as well as the family patterns. Additionally, these genograms can be very helpful to the defense team in becoming familiar and identifying various family members and their relationship to each other.

**b) Humanizing the Client**

One of the major purposes of mitigation and the goal of the mitigation presentation is to humanize the client. I interviewed two of the jurors who decided to impose the death penalty about their views of the case. Both made clear they felt Dr. Goodness was an effective advocate for death rather than life. One juror stated he didn't feel it was a good idea to use Dr. Goodness because her demeanor was "bad". He felt that Dr. Goodness would rather have been anywhere else except in the room with Steven Long.

> *It was apparent that Dr. Goodness did not like Steven. Although he thought Dr. Goodness demeanor was poor in relation to the client, he stated the defense attorneys' demeanor was similar in that he could tell they didn't really want to be around the defendant because he was so "evil".[9]*

Another juror indicated she was having some sympathy for Steven and the family when Steven's mother was testifying and she felt sorry for her. The "deciding factor" for the death verdict with this juror was after Dr. Goodness testified. The juror felt that Dr. Goodness made it clear that Steven did not have a conscience and he would "do it again". Dr. Goodness' testimony helped the juror understand that Steven's behavior would just get worse and worse as he got older and there was no telling what might happen. This juror stated that it was "ironic" that Dr. Goodness was the defense witness as she made the case for death for the state.[10]

**c) Confusion Regarding Mitigation Specialist's Role**

---

[8] Attachment C -- Genograms
[9] Exhibit 2 -- Interview with Juror Ancil Adkins
[10] Exhibit 3 -- Interview with Juror Nancy Gillham

Dr. Goodness testified that she performed the same type of mitigation tasks whether she was testifying or not.[11] This shows a critical error by the defense attorneys. It is unclear what tasks or role they assigned Dr. Goodness. According to the ABA guidelines, the defense team should consist of a mitigation specialist. The purpose of hiring the mitigation specialist is to investigate the client's life history and give the attorney input about what experts would be appropriate. It is very difficult to tell what role Dr. Goodness was filling on the defense team. It seems Dr. Goodness was acting in a multiple roles as a mitigation specialist, psychologist and testifying expert.

It is apparent from Dr. Goodness' testimony that she was not the best testifying expert to present Steven's life history. She spent very little time presenting Steven's life history, rather she talked about her psychological evaluation of Steven with little explanation. On Dr. Goodness' website, she describes her availability as an expert witness.

> *In capital death and other major cases, we may be utilized as expert witnesses or as trial consultants who assist in the creation of legal strategies, development of questions for examination or cross-examination, and facilitation of the attorney-client working relationship.[12]*

Normally, the **consulting** psychologist or mental health professional does not testify. If Dr. Goodness was going to testify, a mitigation specialist should have been retained to prepare the psychosocial history for Dr. Goodness and collaborate on the mitigation strategy to help "explain" Steven's behavior.

The defense team lightly touched on the subject of Attachment Disorder and how it could affect a child's development. It would have been very beneficial for the defense to have retained an expert that could have explained the Attachment Disorder to the jury, rather than a pathological problem possessed by Steven. Mr. Johnson and Dr. Goodness appeared to blame Steven for his "bonding issues" rather than explaining in detail how Attachment Disorder occurs. There was some reference to his mother being unavailable.

---

[11] Steven Long Trial Transcript, Volume 31, Page 16
[12] Exhibit 6 -- Dr. Kelly Goodness Website – Practice Overview

Affidavit -- Toni Knox
Mitigation Assessment

January 15, 2008
Page 9 of 12

Dr. Goodness did provide some explanation of how a lack of attachment can affect development, but little time was spent on the subject. It is frequently necessary in a capital case to retain several experts in particular fields to help educate the jury on specific problems, particularly related to important mitigation themes.

### d) Little attempt to rule out mental retardation from psychological testing

The defense team did retain a psychologist to perform psychological and neuropsychological testing on Steven. Even though the tests scores indicated that Steven was possibly mentally retarded, the scores were discounted as Steven malingering and nothing was presented to the jury.

In a recent interview with the neuropsychologist, Dr. Lacritz, she did not have any information prior to the testing.[13] Dr. Lacritz did not have a social history or any school records. The defense team did not obtain the Windham School Records from when Steven was incarcerated at TDCJ.[14] The Windham school records and testing support the IQ results obtained by Dr. Lacritz. Steven was functioning at a third grade level in some areas and no higher than a sixth grade level. She acknowledged that if she had a complete social history prior to her testing, she would have been more prepared to interpret the results and plan for the testing with Steven which may have yielded more accurate results. Dr. Lacritz would have been willing to testify, but was not asked. Dr. Lacritz did speak with Dr. Goodness about the results of the tests, but Dr. Lacritz was not able to speak with the defense attorneys. The neuropsychologist did not testify because Dr. Goodness did not believe it would be beneficial. It is unclear how the information from Dr. Lacritz was communicated to the attorneys or how the decision was made to discount the testing.

### Conclusion

The standard of care for forming a defense team for a capital case is to have a lead defense attorney and a second chair attorney that works well with the lead attorney. A

---

[13] Exhibit 11-- Dr. Lacritz Interview
[14] Exhibit 12 -- Windham School Records

mitigation specialist should be retained with some consideration as to who might be able to interact best with the client. Additionally, a fact investigator should be retained. Ideally, the mitigation specialist would begin ordering records immediately with releases from the client. The mitigation specialist would attempt to form a good rapport with the client and then begin to interview various family members and others. After interviewing all available family history informants, and reporting his or her findings to the defense team, the strategies or themes that are present would be identified. The mitigation themes are normally discovered from initial interviews with family and records. The mitigation specialist would then compile the social history which would be available to any retained experts in order for them to accurately assess the client. The testifying experts would be assigned a specific task for referral. There would be no expert retained with the task of just "assessing the client". If needed, the defense team may have added a consulting psychologist to provide any assessment information and help make decisions concerning the appropriate experts. Each expert would be selected based on particular themes of the case. That expert would then be furnished the social history, genogram and any other appropriate records and information for their referral questions, not a dump of all the records. These experts would then be the testifying experts who would attempt to educate the jury about how various developmental issues affected the client and how and why he was affected differently.

In Steven's case, the attorney did most of the interviews with Dr. Goodness accompanying him. Dr. Goodness seemed to be acting as the consulting psychologist during this period of time. His team did not perform the most important task, which is to help humanize the Steven to the jury. In fact, in many cases, Dr. Goodness and Mr. Johnson contributed to the dehumanization of

Affidavit -- Toni Knox
Mitigation Assessment

January 15, 2008
Page 22 of 23

Steven.  If a jury perceives the defense team for the defendant believes he is "evil" and has no redeeming value, it would be impossible for the jury to perceive him otherwise.

Additionally, by having one testifying mental health expert, Dr. Goodness, the defense put all their "apples in one cart".  Particularly since Dr. Goodness did not have the expertise to present Steven's life story in a manner that might have helped the jury understand all the factors that affected Steven and the choices he eventually made.    It is often difficult to predict how the jury will react to a particular expert, which is why it is so important not to have the entire case rest on one testifying witness (particularly since Dr. Goodness had a skewed view of her role on Steven's defense team and in her testimony).   As Dr. Goodness stated in her testimony, her allegiance was to the jury and not to Steven's defense

I declare under the penalty of perjury under the law of the state of Texas that the foregoing is true and correct to the best of my knowledge, and was executed the _15th_ day of January, 2008.

_____
Toni Knox, LCSW

Subscribed and sworn to before me this _15th_ day of _January_, 2008.

THERESA MANGAN
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-10-2009

_____
Notary Public, State of Texas

LONG EXHIBIT 1, p. 012

# **Appendix**

The following is a list of reviewed documents and interviews used in preparing the Declaration of Toni Knox, LCSW, Assessment of Mitigation Investigation and Presentation:

- Paul Johnson's case file records, including prior family interview records, trial records, Dr. Kelly Goodness records, various psychiatric records and miscellaneous records
- Prison Records from Steven's Previous Incarcerations
- Steven Long's TDCJ Disciplinary Records
- Steven Long's Parole and Probation Records
- Steven Long's Trial Transcripts and Exhibits
- Steven Long's School Records
- Cynthia Long's School Records
- Steven Long's Windham School Records
- Steven Long's Prison Medical and Psychiatric Records
- Dr. Daneen Milam Testing Results on Steven Long
- Psychological and Neurological Testing Report – Dr. Laura Lacritz
- Juror Questionnaires
- Interview – Dr. Laura Lacritz
- Interviews – Steven Long
- Interview – Judy Long (mother)
- Interview – Dorothy Hutson (aunt)
- Interview – Thomas (Tommy Tidwell) (uncle)
- Interviews with Jurors – Ancil Adkins, Willie Willingham, Nancy Gillham, Ann Wolf
- Interview – Cindy Blankinship (sister) and Phil Blankinship (brother-in-law)
- Interview – Various maternal relatives (Marsha Vaughn, Teressa Holt)
- Interview – Patricia Arradondo
- Ancestry Records for Family History
- Legal Records of Thomas Tidwell, Sr. (Steven's Paternal Grandfather)
- Buckner's Orphanage Records (Judy Tidwell and Dorothy Tidwell)
- Letters between Steven Long and his biological father, Steve Ramon
- Employment Records – Steven Long

# TABLE OF CONTENTS

## ATTACHMENTS

Attachment A        Psychosocial History

Attachment B        Time line, Steven Long

Attachment C        Genograms

## EXHIBITS

Exhibit 1        Title 22 (Examining Boards), Texas Administrative Code, Part 3, Chapter 781

Exhibit 2        Interview with Juror Ancil Adkins

Exhibit 3        Interview with Juror Nancy Gillham

Exhibit 4        Proposed Supplemental Guidelines for the Mitigation Function of Defense

Exhibit 5        Curriculum Vitae – Kelly R. Goodness, Ph.D.

Exhibit 6        Dr. Kelly Goodness Website – Practice Overview

Exhibit 7        Dr. Kelly Goodness Credentials – prepared for Mr. Johnson in Steven Long

Exhibit 8        Stephen Bright, Article

Exhibit 9        Steven Long Interview #001

Exhibit 10        Holdman, Scharlette, The Nature and Role of Mitigating Evidence in

Exhibit 11        Windham School District Records

Exhibit 12        Dr. Laura Lacritz Interview,

Exhibit 13        Thomas Tidwell Arrest/Trial Records Collin County 1957

Exhibit 14        1955 and 1956 Blue Ridge School Annual Pictures, Tommy, Judy, Dorothy Tidwell

Exhibit 15        Garland Independent School District Records

Exhibit 16        Dallas Independent School District Records

Exhibit 17        Graphs of Steven Long's Achievement Scores

## Psychosocial History
## Steven Lynn Long

**By: Toni Knox, LCSW**

In compiling the psychosocial history for Steven Long, I conducted interviews with the mother, aunt, sister, brother-in-law and other relatives.  I reviewed various materials from previous trials, records obtained initially, and new records.  These are the kinds of materials routinely relied upon by a social worker/mitigation specialist to complete a psychosocial assessment.

### Introduction

There were both biological and social factors that contributed to Steven Long's development.  These factors affected his social functioning, impulse control and lack of appropriate coping skills.   There are numerous factors present in Steven's life that contributed to mental health consequences.

Steven's mother, Judy, was raised in an extremely dysfunctional environment and had no positive parenting role models to emulate.  Her mother died when she was young and Judy has no memory of her.  Judy was sexually abused by her father and he was later sent to prison.  Judy and her sister, Dorothy, were sent to an orphanage to be raised and had little to no support from either their maternal or paternal family of origin.  It is probable from her history that Judy may have suffered from an Attachment Disorder.  As a result, Steven's mother had very poor parenting skills and it is questionable if she was able to bond with Steven or Cindy.  Based on Judy's lack of attachment and her unavailability for her children, it is probable that Steven may also suffer from an Attachment Disorder and exhibits symptoms that could indicate an attachment disorder.

Steven had no contact with his biological father.  He did not learn that the man listed on his birth certificate was not his biological father until he was older.  The man on his birth certificate, Ronnie Long, was rarely living with the family and was certainly not a positive male role model for Steven.

Steven's mother has a good work history and has worked at several jobs for many years, but struggled with financial problems as a single mother.  Because of these financial problems, the family was frequently moving to various locations and Steven's mother was not able to afford childcare.  Steven and his sister spent most of their time alone and without supervision. Steven's older sister, Cindy, attempted to care for Steven and she was responsible for getting him ready for school and taking care of him after school. Cindy was three years older than Steven.

Steven and his sister had a close relationship until his sister was a teenager and then got involved with her future husband, Phil, at age fifteen. Cindy and Phil exposed Steven to drugs and inappropriate sexual behavior and Steven received even less supervision. Phil also exposed Steven to pornography.

Steven was referred by the school for his problems and was diagnosed with Attention Deficit and was prescribed medication to help him focus. Steven's performance continued to deteriorate at school and by the fourth grade he was basically unable to progress and began to just be socially passed. As Steven's performance in school decreased, his behavioral problems increased. There continued to be a lack of supervision in the home and Steven's acting out continued to escalate.

Steven has been treated and diagnosed with various mental illnesses over the years and has been prescribed various medications. He was diagnosed with ADD as a child and later was diagnosed with depression and schizophrenia.

When Steven was incarcerated for the first time, he was attacked and raped by several men. He continued to be an identified victim and was approached by many men. Later, Steven agreed to have sex with men in exchange for protection. Steven has struggled with sexual identity issues related to this "gay" activity in prison. Prior to being raped in prison, Steven was sexually molested by several females in the home. Most of the female perpetrators were friends or acquaintances of Steven's sister or neighbors.

### Maternal History

Steven's biological grandmother is Ruby Drewry and her family was originally from Alabama. It appears that Ruby's father may have been killed or died at a fairly young age. In the 1930 census, Ruby's mother Pearl was the head of the household. Pearl and Fred Drewry had six children. Their youngest child was Ruby, who was born March 29, 1924. Ruby later married Thomas Lee Tidwell and they lived near the Dallas area. Ruby and Thomas' first child was a boy, Thomas Lee Tidwell (Tommy), born December 7, 1942. Their next child was a

daughter, Dorothy Tidwell, born January 15, 1944. The next child was a son, Don Ronald Tidwell, who was born in June of 1945 and only lived about one year. It has been reported by the family that Ruby and Thomas were having some marital problems during this time and had been separated. About the time that their son, Don Ronald died, Ruby gave birth to Steven's mother, Judy Ann Tidwell. Soon after Judy's birth, Ruby became increasing ill as she had tuberculosis. Ruby was too ill to care for Judy as a baby and she was often sent to live with Ruby's sister, Dorsia. Ruby died from tuberculosis on New Year's eve of 1950. Judy Tidwell was only four years old at the time and had spent much of the time away from the family. Steven's grandfather, Thomas Tidwell, was the fourth child of six children of Clarence Tidwell and Luetta Tidwell (Hill). Thomas' oldest brother was Herman Lee Tidwell, who was born in July 1913. Herman married Francis Vance and they had three children, two girls and a boy. The next boy born after Herman was Grady Tidwell and he was born in May of 1915. After the two boys, Lois Tidwell was born in 1918 and she married Mr. Thompson. Steven's mother, Judy, remembers having a good relationship with Lois' son, Frank Thompson as children as he was close to her age. Thomas' younger brother was Deward (DW) Tidwell who was in the military in World War II. Deward had two daughters. Later in life, Judy and Dorothy ran into DW when they saw a car lot named DW Tidwell Cars. When they talked with Deward, he indicated that the family had done quite a bit for them while they had been in Buckner's which was confusing for Dorothy and Judy because they had little contact with the Tidwell family while at Buckner. The youngest boy in the Tidwell family is Clarence Ray (Ray) Tidwell and he married two times and had two daughters with each wife. Ray made some contact with the Dorothy and Judy while they were in Buckner, but was unwilling to take them in.

After Ruby's death, Thomas Tidwell married Lottie Jewell Davis. Lottie was born March 19, 1924 and had served in the military in World War II. Lottie injured her back during the service and was on disability. Lottie had been married previously to Richard Johnson, who had been killed accidentally by being electrocuted. Lottie had two children, Teressa and Ronnie,

from her previous marriage that she brought to the union. Thomas' children, Tommy, Dorothy, and Judy and Lottie's children, Teressa and Ronnie Johnson were all living together as one family. Although Ronnie Johnson carried the name of Lottie's first husband, he was not the biological father. On May 2, 1954, Thomas and Lottie had a child together, Marsha Tidwell.

Steven's mother, Judy, was sexually abused as a child by her father, Thomas Tidwell. Thomas also sexually abused Judy's sister, Dorothy and her step sister, Teressa Johnson. For the longest time, the girls didn't know what to do or what to make of the sexual abuse. Eventually some older cousins came to visit and began talking about sex. Dorothy was quite confused because what they were talking about had been happening between her and her father. When she questioned her cousins further, she was told that sex happened between girlfriends and boyfriends and husband and wife. Dorothy then understood all the feelings she had been having when her father had been abusing her. Dorothy gathered up the courage to ask her younger sister, Judy, "Does Daddy do things to you that hurt you?". When Judy replied, "yes", they talked and realized he was abusing both of them. They then talked with their younger stepsister, Teressa and she confirmed that their father was also abusing her.

Dorothy and Judy went to their stepmother, Lottie, and told her what was happening. Lottie believed them and immediately removed them from the environment. She took Judy, Dorothy and Teressa to Will's Point where they were examined by a doctor. There was little help from social services during that time and Lottie had to take them to doctors to be examined on her own volition. This examination by the doctors was a source of additional trauma for the girls.

At Thomas Tidwell's trial in 1957 for the sexual molestation, Steven's mother, Judy, testified against him, and he received fifteen years in prison.[1] The family was spilt up and the Tidwell family was angry at Judy and Dorothy and did not believe them. Judy also felt that her brother, Tommy, didn't believe her. Judy's father later wrote his son, Tommy, and confessed to

---

[1] Exhibit 13 -- Thomas Tidwell Arrest/Trial Records Collin County 1957

him that he did it.  Judy and Dorothy had a poor relationship with their older brother for many years because he was angry because he held Judy and Dorothy responsible for splitting up the family.  Judy and Dorothy's older brother, Tommy, lived with various family members, but his life was unstable as no one could take permanent responsibility for him.

Dorothy and Judy were abandoned at Buckner's Orphanage in 1958 since no family member from either side was willing to take responsibility for the girls.  While at Buckner, Judy and Dorothy, had hoped at one time their grandmother, Luetta Tidwell, was going to take them in, but this did not occur.  Rather, Mrs. Tidwell wrote to get the girl's birthdays so she could collect some payment from social security.  Their stepmother, Lottie, was not in good health and could not keep them.  Dorothy and Judy were separated at Buckner's and were unhappy living there.  Both girls attempted to run away several times.  Most of the children at Buckner's had some family members checking on them or sponsoring them, but Judy and Dorothy did not.  Buckner's encouraged sponsors for children and these sponsors would often let the child visit during holidays, help with their clothing, and other necessities, but Judy and Dorothy did not have a sponsor.  Dorothy was older and able to adjust somewhat better than Judy.  Even though both of the girls had been placed there because they had been sexually abused for years by their father, they received no counseling or therapy for the sexual abuse.  The pain and emotional problems festered in both the girls with no treatment.  Judy, in particular, became increasingly angry and emotionally unstable.

After Dorothy turned eighteen and graduated from high school, she left Buckner's.  Buckner's helped to get her an apartment and a job at Southwestern Bell.  While at Buckner's Dorothy had been dating and was engaged to John Samford.  Soon after Dorothy was situated in her apartment and working, Judy was released to come live with her.

Judy had transferred to the vocational program in school and started work at St. Paul Hospital when she came to live with Dorothy.  Dorothy and her fiancé had planned to join the Navy.  Dorothy joined the Navy and married her husband, John Samford.  During this time Judy

was frequently out partying and hanging out in rough clubs.  Judy also married a Pilipino man, Rodolpho Samson Del Resario, but Judy was unfaithful to him.  Judy continued to be unstable and involved in various relationships while Dorothy was gone off to the Navy.  Dorothy frequently worried about her sister while she was gone in the Navy.

In about 1967, Judy became pregnant out of wedlock.  Judy was living with her aunt and uncle at the time and she gave up the baby boy for adoption.  About the same time, she had a baby nephew who died.  Judy started to believe the death was because God was punishing her for giving up her baby.  All of Judy's mental health issues came to a head with the untreated sexual abuse and giving up her baby for adoption.  Judy was increasingly depressed and frequently having suicidal thoughts and attempting suicide.  Judy later admitted herself to Terrell State Hospital for a few months.  Judy's was a binge drinker and she was not a "happy" drunk.  Judy became very aggressive when she had been drinking and often wanted to fight.  Judy got into various fights at bars.

After being discharged from Terrell State Hospital, Judy continued to struggle with her sexual abuse issues, abandonment issues, anger and alcohol problems.  Shortly after leaving Terrell, Judy met Ronnie Long and they were married.  Judy had Cynthia Ann Long on July 28, 1968.  Judy and Ronnie had a poor relationship and were frequently separated and Ronnie took little interest in Cindy.   About a year after Cindy's birth, Judy gave birth to her third child, Wendy Lynn Long, who was born July 15, 1970.  Wendy had various medical problems and probably should never have been discharged from the hospital.  Judy eventually took Wendy home, but she was unable to feed her and the baby could not keep anything down.  Dorothy finally called her pediatrician to meet them at the hospital.  Wendy died about two weeks later on July 26, 1970.  This second death contributed to Judy's depression and anger.  After Wendy's death and another separation from Ronny Long, Judy met Steve Ramon and they lived together for a brief period of time.  It was during this brief period that Judy became pregnant with her

fourth child, Steven Lynn, although she did not realize she was pregnant until very late in the pregnancy.  Steven received the Long name on his birth certificate.

Judy's father was prejudice against African American men and Hispanic men and Judy felt as though she was hurting and defying him by dating African American and Hispanic men.  By about 1979, Judy's drinking decreased and she had stopped going out to bars as much, she withdrew more and more and soon her work was her main focus.  Judy was a loner and had few friends and her main support was Dorothy.

Judy was solely responsible for Cindy and Steven and had little help from Ronnie Long.  Ronnie initially believed that Steven might be his child.  Judy struggled with the two children and her attempt to support them as a single parent.  She had increasing financial problems and frequently lived with Dorothy and later her father.  Judy had to leave Cindy and Steven alone at fairly young ages as she had to work and she could not afford to hire anyone to care for them.  Judy had increased resentment toward men because of the sexual molestation by her father.  Later, after Judy's father was released from prison, she and the children lived with him for a brief period because of financial problems.   Judy's decision to live with her father who had sexually abuse three of his daughter is a good example of Judy's parenting judgment and skills.  Not only did Judy take her young daughter and Steven to live with her pedophile father, but at that time, Steven and Cindy had no idea about why Judy and Dorothy had been raised in Buckner and no idea of what their grandfather had done.  Judy did not prepare them in any way.  She did check frequently to see if he had touched them in any way, but this would have been "after the fact" and after they had been damaged.  After Judy and the children lived with her father for about a year, Judy's father was again sexual inappropriate with her and asked her to have sex.  Judy became immediately fearful that her father might have been sexually inappropriate with Cindy or Steven.  Judy immediately questioned Cindy and Cindy reported that her grandfather had not approached her in any sexual way.  Judy immediately moved the family out.  Judy wasn't worried about Steven because her father had never been interested in "boys".

### **Paternal History**

Steve Ramon was from Austin, Texas.  He was married and separated when he met Judy at a bar on Haskell Avenue near Fair Park in Dallas.  Judy and Steve started going out and within a short time had moved in together.   Steve described Judy as a bar hopper and felt she might be running from what happened with her father.  Steve sensed that Judy was very dependent on her sister, Dorothy and had very little other support.

Steve knew that Judy had a difficult marriage with Ronnie Long.  Ronnie had given Judy a Sexual Transmitted Disease (STD) because he was cheating on her while they were married. Steve Ramon has reported that Judy was drinking and smoking during her pregnancy with Steven.  At the time, they were not aware she was pregnant.  Judy also reports she was unaware she was pregnant until she was about seven months.  Judy was binge drinking and smoking during the time she was pregnant.

Steve Ramon dropped out of school in the 11th grade.  Steve's father was a laborer.  Steve had previously worked for Austin Bridge from 1965 to 1967 and built bridges throughout the state.  Steve's mother's family was from Dallas and in 1967 Steven came to Dallas.  Steve had various jobs in Dallas.  He worked at Southerland and was later a manager of a 7-11 convenience store.

Judy had minimal contact with Steve Ramon's family.  At one time Judy met Steve's grandfather when Steve and Judy went to get furniture from his house.  Steve worked at Universal Products as a machinist when he met Judy.  Judy was looking for a job at the time and he helped her get a job there and she worked nights.  Steve said his foreman at the job was a ladies' man.  Steve says he caught Judy in the backseat of the foreman's car at the job.  After this discovery, Steve got his paycheck, quit his job and returned to Austin.  Steve then started driving a truck.  Steve found out later that Judy was pregnant.  According to Steve, neither he nor Judy was aware she was pregnant when he left.   Steve's version of the breakup differs from Judy's version and it is unclear whose version is correct, or if it could be a combination of both.  Steven

was also confused by the two different versions.  Steve Ramon states that Judy would not allow
him to see Steven.  Steve says he came to Dallas two times to see Steven and Judy refused to let
him see him.  Steve also had a difficult time keeping up with Judy as she moved constantly.
Steve Ramon joined the Army in 1972 and stayed in the Army until 1975.  He was stationed in
Korea and Thailand.  He was overseas for the first three years.  Steve went AWOL from the
Army in 1975 in El Paso.  Steve was an alcoholic and used drugs.  At one point, Steve was living
with a Mexican lady with a twelve year old daughter.  Steve was accused of sexually assaulting
the twelve year old girl.

Steven Ramon is from a fairly large family and has seven brothers and three sisters.  In
addition to Steven, Steve Ramon has three children, including Steven Long and has been married
several times.  It would appear that Steve was married to Wanda Robbins during the time he was
in Dallas with Judy.  According to the records he married Wanda in April 1968 and divorced her
in 1972.  Steve and Wanda had one child, Wanda Jeannie Ramon on January 11, 1969.  There
seems to be a bit of discrepancy about the dates that Steve reports he was in Dallas and it appears
he may have come to Dallas later than he thought.  Steve was then married to Rosa M. Gonzalez
for a few months in 1973 and there were no children.  Steve next married Chong Sook Lee and
they had a son, Steve Ramon, Jr. on December 30, 1976.   Later in life, Steve Ramon, Jr. and
Steven Long, half brothers, would be incarcerated in the same prison and be cellmates.

Steve Ramon was later convicted of indecent exposure at a school and was sent to prison
from 1979 to 1980.  In September 1984 he was convicted of burglary and the fondling of several
children and was sentenced to 99 years.  When Steve was initially incarcerated, he was a member
of the prison gang, the Texas Syndicate.   Steve eventually decided to leave the Texas Syndicate
because they were going to hurt some innocent people on the outside.  Steve made the decision
to "X" out of the gang in the 1990's.   Steven was placed in segregation for protection.

After Steve received the initial letter from Steven, he did not want to tell him the truth
about what happened and wanted Judy to tell him.  He eventually did tell Steven his version of

what had happened with he and Judy. Steve found out through his letters with Steven that Steven was gay. Steve eventually stopped corresponding with Steven when Steven was transferred to another unit. Judy and Dorothy did not want Steven to communicate with Steve. Judy threatened Steven that she would not bring his children to see him or put money on his books if he continued to communicate with Steve Ramon.

Steven was later transferred to the Price Daniel unit where he met Steve's son, Steve Ramon, Jr. and that is where they became cellmates.

### Family of Origin

Since Dorothy and Judy were estranged from the Tidwell family and there was little family left on the Drewery side, Steven did not grow up with frequent contact with family members, other than his Aunt Dorothy and her son Benjamin Samford. After Dorothy divorced, she was single for about ten years. During that period, Dorothy and Judy and their families spent quite a bit of time together including holidays. The family usually spent Christmas at Judy's house and spent Thanksgiving at Aunt Dorothy's house. Steven remembers having good Christmas holidays because his mother was working and he usually got two or three presents.

### Cindy Blankinship

Cindy is Steven's older sister and basically was responsible for caring for him for many years. By about age ten or eleven, Cindy got herself and Steven up for school each day, fixed their meals and watched Steven after school. By her teenage years, Cindy was suffering from the lack of supervision and was using drugs and at age fourteen got involved with Phillip Blankinship, who was seven years older. Cindy soon became pregnant, married and moved out of the house, which left Steven without any supervision. Steven felt abandoned by Cindy when she left and Cindy had little contact with the family. Cindy has three children. Cindy was arrested in 2004 for possession of crack cocaine and spent some time in jail and then received probation. By the time, Steven got out of prison; Cindy was using drugs with Steven and Mindy

Frazier. Cindy feels guilty for abandoning Steven, but she was too young to have had the responsibility for caring for him initially.

**Phillip Blankinship**

Phillip (Phil) Blankinship is from a large military family. His upbringing was quite different than Cindy, but he seems to be the black sheep of the family. Most of his siblings went on to college and have professional careers. When Phil met Cindy, he had come from California and some legal problems there. He told Steven he had been in a gang in California and glorified the "gang life" to Steven. It was because of the lack of supervision from Cindy's mother, Judy, that Phil was able to become involved with Cindy, who was only fourteen at the time. Phil knew that Judy would be gone early every morning and then only available a few hours in the evenings, which left lots of time for him to spend with Cindy and helps to explain how she got pregnant at age fifteen.

**Samuel Blankinship**

Samuel Blankinship is the oldest son of Cindy and Phil Blankinship and Cindy was pregnant with Samuel when she initially married Phil at age fifteen. Samuel is a large man compared to his father and brother, Shawn. Samuel and Steven do not have a good relationship and have gotten into physical fights. Samuel was not motivated to go to school, get a job or help around the house and was kicked out of the house by his parents. Samuel was involved with drugs at the same time his parents were using drugs and at times was using drugs with them. Steven is very angry at Sam because he believes he is taking advantage of Judy (he admits like he has in the past).

**Shawn Blankinship**

Shawn Blankinship has a smaller frame similar to Steven and favors Steven in his looks. Shawn and Steven have had a much closer relationship. Shawn appears to be the most motivated in the family. He is currently living away from the home with his girlfriend. He is working and has recently bought himself a small truck and is attempting to fix it up. Dorothy

has attempted to talk Shawn into joining the military as she thinks it would be very beneficial if he could get out of the area and away from his family and other bad influences.   When Steven was living with his mother in the trailer prior to his arrest, he got involved in trying to separate Samuel and Shawn when they were fighting.  Samuel was angry with Shawn because he thought he had been with a girl that he liked and they got into a physical altercation.  Steven jumped in because he was angry because Sam was so much bigger than Shawn.  Then Steven and Sam got into an altercation.

## Tonya Blankinship

Tonya is Cindy and Phil's youngest child and she was born August 25, 1990.   Tonya has been spoiled by her father, Phil, and he is the first to admit it.  Tonya does not have a very good relationship with Judy.

## Dorothy Hutson

Dorothy is Judy's sister and Steven's aunt and has been a strong supporter of Judy throughout their lives.  Dorothy helped to financially support Judy when she was pregnant with Steven and they have lived together various times through the years to help each other. Dorothy's personality is very different from Judy.  Dorothy was more of an introvert and Judy was the extrovert.  Dorothy feels that Judy has missed various opportunities in her life and is often concerned that Judy is ever going to get on her feet and not be dragged down by her children and grandchildren.   Steven has more respect for Dorothy than he does his mother.

## Benjamin Samford

Benjamin (Benji) is Dorothy and John Samford's son and was born March 12, 1968.   He is Dorothy's only child. He is close in age to Judy's daughter, Cindy, and is a few year older than Steven.  Benji spent a considerable amount of time with Steven when they were growing up.  Benji dropped out of school, despite Dorothy's best efforts to keep him in school.  Benji, similar to Steven, has also had a troubled life and has been involved with drugs and was homeless for a period of time.  Dorothy reports he is currently more stable and is traveling with a

construction company.  Benji was in a long term relationship with Patricia Arradondo and they had one child, Kevin.  They were not married, but lived together for several years.  Patricia eventually became frustrated at Benji's inability to work and keep a job and his frequent use of drugs.  Kevin is currently living with Dorothy and attending high school.

**Thomas Tidwell, Jr. (Tommy)**

Tommy Tidwell is the older brother of Judy and Dorothy, but lost contact with them for many years.  Tommy has more memories of his mother, Ruby, and their early family life as he is older.  During the early years, his father worked for a factory that made some type of shingles and his Uncle Grady also worked at the factory.  Thomas Tidwell wanted to farm and bought land out in Blue Ridge.  The family would go out and work the land prior to moving.  The family eventually moved to Blue Ridge and Mr. Tidwell was farming full time.  These were very happy times for Tommy.  He was attending school at Blue Ridge[2] with his sisters and was active in athletics.  He was a "star" football player and had dreams of going professional.  He had won many gold ribbons for track and other sports.

In 1956, when Tommy was fifteen years old, he returned home from school to find everyone gone and some of their belongings gone also.  He was left by himself and had no idea what had happened and where everyone had gone.  He was frightened and had no idea what to do.  The next day he just got up and went to school and hoped everyone would be home when he got home, but they were not.  This continued for several days and finally Tommy's Uncle Grady, from Irving, came to get Tommy.  Tommy was taken to live with his Uncle Grady, but in a few days time, everything in his world dissolved.  He had lost his home, his father, his step-mother, his sisters, his school and his dreams.  Tommy began school in Irving and went back and forth between different relative's houses, mostly his Uncle Grady and Uncle Ray.  He was hard worker and was making money and was able to get a car.  Just like his sisters, Tommy had a difficult time moving on with his life.  He was angry and bitter about his father because he had

---

[2] Exhibit 14 -- 1955 and 1956 Blue Ridge School Annual, Tommy, Judy and Dorothy Tidwell

thrown away all of their lives. Tommy Glenn did go to see his father while he was incarcerated at the Collin County Jail.

While living for a short while with one of his relatives, Tommy met his first wife, Rebecca. After they married, they adopted a baby (Sister-in-law's baby). They were married for several years and then divorced. Tommy had no contact with his daughter after they separated. Tommy then married to a woman that was a drug addict for several years and she spent much of his money on drugs. He has been married to his current wife, Laura, for twenty six years and they have three children. Tommy Glenn credits his current wife for providing a stabilizing force to his life.

### Marsha Vaughn

Marsha is the daughter of Thomas Tidwell and Lottie Davis. She is the younger half sister of Judy and Dorothy and the baby of the family. When she was young, she would frequently help to baby-sit Steven and Cindy when Judy was working. Marsha grew up with her mother, Lottie, and was separated from Judy and Dorothy when they went to Buckner. Marsha has been married twice and has two sons. Her oldest son is a few years younger than Steven. Marsha grew up living with her mother and her two siblings, Ronnie and Teressa, from her mother's former marriage. When Marsha was growing up, she had no idea her father was in prison. Her mother, Lottie, had told her that he had gone to Alaska. When anyone asked her when she was growing up, she told them he was deceased. Marsha had a difficult time in school because she was almost deaf. As a child, she had such a high fever that her ear drums burst. She was embarrassed to wear a hearing aid as a child because they were so large. She basically could not hear anything that was going on in school and was just passed along.

Over the years, Marsha would keep Dorothy and Judy's children during the summer as she was not working and they had no one to take care of them. There were many summers that Marsha took care of Steven, Cindy, Benjamin and her two children.

Marsha's son was diagnosed as mentally retarded and she became very frustrated with

Steven Long Psychosocial History                                    Page 15 of 43
12/28/07

the Dallas school system because she did not believe they were helping him.  She eventually moved to Palestine, Texas so her son could be entered in a different school system.  At age eighteen, after leaving high school, her son went to work with his father in the oil fields for training and was not paid.  After a couple of years doing that, he was able to get a job at Kroger and has maintained that job since then.

After Thomas Tidwell got out of prison, Marsha was still young and did not recognize him.  She later got involved in some sort of business venture with him where they managed a convenience store.  It was unclear exactly how the business was structured, but it eventually went back to the original owners.  Marsha and her father had a "falling out" because he was sexually inappropriate with her again, and she left the business.

Marsha also spent some time living with Judy and Dorothy when she was about seventeen or eighteen.  This was the time period when Judy was emotionally unstable.  Marsha witnessed all the injuries that Judy suffered after she jumped out of the car while it was going fairly fast..  This was prior to Judy going to Terrell State Hospital.

**Teressa Holt (Johnson)**

Teressa is not a blood relative of Steven as she is Judy's step sister, but did live with Steven's grandfather as a child and was sexually molested by Thomas Tidwell.  Teressa has only met Steven one time at a family reunion several years prior to his current incarceration.  Teressa is married to Richard Holt and they have had three children.  Teressa's oldest son, Richard, was killed in 1985 at age nineteen in a motorcycle accident.

Teressa has struggled for many years with the sexual abuse issues and  was heavily using alcohol at one point in her life.  Teressa remembers her stepfather as being very "mean spirited".  If one child messed up, they were all punished and her stepfather seemed to enjoy dealing out the punishment.

Teressa was hospitalized on a psychiatric unit for about thirty days after the death of her son, brother and mother.  She felt the treatment and the medications helped her and she believes

the treatment helped her move on from the sexual abuse.

Teressa was very upset when she learned that her mother, Lottie, had contact with Thomas Tidwell after he was released from prison and married him again in January, 1975, Teressa was furious and could not believe her mother could marry him again after what had happened. She told her mother that she was "not in her right mind" because of some pills she was being prescribed at the time. Teressa told her mother to stop taking the pills and after a few weeks her mother decided to divorce Thomas. Lottie was very apologetic to Teressa about marrying him and Teressa forgave her.

**Ronnie Johnson**

Ronnie is not a blood relative of Steven as he is Judy's step brother, but did live with the family and Thomas Tidwell. Ronnie's date of birth is March 18, 1950. There seems to be some confusion as to the identity of Ronnie's biological father. He carries the Johnson name, but it is believe that his biological father is not Richard Johnson. Ronnie married Rhonda Daniel and had two daughters. Ronnie was extremely close to Teressa's oldest son, Richard, as he did not have any sons. Ronnie was very distraught when Richard was killed in a motorcycle accident. Ronnie was also having some marital problems and two months after his nephew's death in June, 1985, it is reported he committed suicide. Ronnie's sisters question whether his death was a suicide because he was shot in the heart with a .22 rifle.

### Steven's Early Childhood and Adolescence

Steven has memories of spending time with his grandfather, Thomas Tidwell. His grandfather was a house framer and would often take Steven with him to work. They would sometimes spend the night at the homes he was working on in a sleeping bag. Steven slept with his grandfather in the same sleeping bag, but doesn't remember any inappropriate sexual advances by his grandfather. Steven describes his grandfather as a "mean son of a bitch" at times. Grandfather Tidwell whipped Steven with a belt that left welts for things like not cleaning up his room. Even though Steven's grandfather could be mean, he also spent quite a bit of time

with Steven and Steven was hungry for any attention.  Steven was hurt and confused when his mother later told him that his grandfather had sexually molested her and his Aunt Dorothy and had gone to prison.   It was difficult for a Steven as a young child to reconcile all the different emotions regarding his grandfather, because he still loved him.  In many ways, it was similar to sexual abuse, in that, Steven found out that someone he believed would care for him and protect him was not someone that he could trust.  Steven did not have any type of mental health treatment for these issues after finding out about his grandfather.

When Steven was around age five or six, the family (Judy, Steven and Cindy) were living in an apartment off Jupiter and 635.  Ronnie Long's girl friend managed the apartments.  In addition to caring for Steven, Cindy was babysitting a small baby during this time. Steven longed to spend time with his mother.  Steven had few friends and his main source of attention was his sister Cindy, and they had frequent fights as Cindy was put into a "parenting role".  One day when his mother came home, she stated she was tired and had enough and just let them continue to physically fight.  Cindy beat Steven up.

Steven did not do well at school and did not have close relationships at school, which also contributed to Steven's dependence on attention from Cindy and her friends and the rare time with his mother in the evening for a few hours.  During these few hours, Judy was frequently tired and not emotionally available.  Judy also frequently worked on Saturdays. Friday was the main day for Judy's interaction with the family.  Judy got paid on Fridays and the family usually went out to eat on Friday night and then might go to the Astro drive-in movie in Oak Cliff or skating.  The family often spent time with Aunt Dorothy and her son, as she was divorced by this time.  Steven and Cindy grew up with Dorothy's son, Benji.  Judy would also frequently take Cindy and Steven down to the skating rink and drop them off and pick them up in about three hours.  Steven was fairly young when Judy was dropping him and Cindy off at the skating rink, which meant that Cindy was doing her own thing with people her age and not supervising Steven very well.

LONG EXHIBIT 1, p. 031

Steven Long Psychosocial History                                    Page 18 of 43
12/28/07

Steven has few memories of his step-father, Ronnie Long. He worked occasionally for a moving company. He would occasionally take Steven fishing, but did not discipline either Steven or Cindy. Ronnie was frequently in and out of the house and would only stay a couple of months at a time. After a couple of months, Judy would tell Ronnie to leave. It is unclear at what age Steven learned that Ronnie Long was not his biological father. During one of Judy and Ronnie's arguments, Judy screamed at Ronnie that Steven was not even his son. In was in this way that Steven found out that Ronnie Long was not his father. Steven later asked on several occasions about his biological father and Judy would give him some information, but very limited. Steven, like most children, was curious about his father. What did he look like? What was he like?

After Steven found out his father was Hispanic, this added a new twist to Steven's life and another area where he felt more alienated from others. Now he had the question of which group did he fit? He had not been raised in the Hispanic culture so he clearly would have difficulty in that culture, but was fearful he would not be accepted into the "white" culture as he was half Hispanic. He experienced the same problems as most bi-racial children in feeling that he did not completely fit into either race or culture. Judy would also kid Steven and call him "her little Mexican", which helped to alienate him further. Judy told Steven that his father had left her when he learned she was pregnant and had not wanted anything to do with him, which was another item that contributed to Steven's poor self esteem.

Steven's grandfather, Thomas Tidwell, died when Steven was about ten or eleven and the family was living on Overlook. On the same day that he died, he had been over to their house working on Judy's car. His grandfather called later that night and said he was having heartburn, but Judy did not go. Steven's grandfather told Judy that she would regret not coming. After his grandfather died, Judy's brother, Tommy wanted to have his father's gun and his house. Steven was around the house when Cindy was using drugs. At age 10, Steven would threaten to tell his mother about the drugs if Cindy did not let him get high, so she did. Steven did not get

LONG EXHIBIT 1, p. 032

the impression that his mother was that concerned about Cindy's drug use. Judy was smoking weed also during this time. Steven felt that his mother paid more attention to Cindy when she got in trouble than when he did. When Cindy initially got involved with Phil, Steven initially looked up to him because he was cool and got high. He was a male role mode to Steven, unfortunately not a good one. Steven knew that Phil was from California and believed he had been "run out" of California. Steven had been drinking beer with Cindy, prior to Phil coming onto the scene, but after Phil arrived, they were all using cocaine, pot, and alcohol.

About age ten, Steven, was beginning to realize he had an important attribute. Steven was a good looking boy and soon realized that he could attract girls and this became his source of strength in his mind. Since girls were attracted to him because of his looks, it really did not require him to possess very good social skills in order to maintain a short relationship. In his mind, Steven felt like a doll that girls wanted to have and would do things for him to "buy" him. Steven's behavior was reinforced by girls being interested in him with little effort, so he developed a distorted view of a relationship. Steven believed that since he was wanted because of his looks, he did not have to furnish anything or contribute to a relationship, as there would be someone else that would want him.

### Steven's Teenage Years

By Steven's teenage years, Steven was struggling because not only has he lost Cindy's attention, but his mother is even less available and working longer hours. Cindy was carrying on with her own life and had little contact with Steven. Judy's attempt to compensate for her lack of time with Steven was to buy him things and try to placate him. For Steven's thirteenth birthday, his mother bought him a twelve pack of beer.

Shortly after Steven's thirteenth birthday, Cindy was pregnant, married Phil and they moved in with his parents. In May of 1985, Cindy and Phil had their first child, Samuel Wayne Blankinship.

By age fourteen, Steven was just going through the motions of attending school. He was way behind other children his age, so the principal decided to just promote him to the seventh grade, although he had been unable to pass classes in the fifth grade. The next few years involved transfers to different schools, problems at school and no real learning. By age fifteen, Steven had little to no supervision from Judy and Cindy was completely out of the picture. Aunt Dorothy tried to be available at times, but she had her own problems with her son Benji and was not available for Steven. Judy was continuing to work long hours at Baker Metals and was often tired and ready to go to bed about the time she got home. Steven was roaming the streets with no supervision and has hooked up with a bad crowd. Steven was also starting to have some involvement with crime as he was caught shoplifting.

At age fifteen, Steven was referred to Parkland Hospital for a young adult clinic consultation. Steven reported prior homicidal and suicidal thoughts and hates school. He planned to drop out of school at age sixteen. At age fifteen, Steven was already reporting extensive drug use.

By age sixteen, Judy had given up the fight for Steven to remain in school and he dropped out of school with the understanding that he would get a job. Steven had learned through years of experience that his mother that she was not consistent in her threats and does not make Steven suffer natural consequences. Even though Judy had told Steven he must work if he was to stay in the home and not go to school, she did not reinforce the rule. Steven found his "home" in the streets at about age sixteen and was involved with a gang. Steven craved the attention and what he felt was "love" he got from the gang. Additionally, his brother-in-law, who Steven admired, had been in a gang in California so he thought it must be cool. Steven initially told his mother he was in a dance club, but Judy was fearful it was a gang. Steven was frequently running away and the police would bring him back. One night, Judy allowed them to have a party at her house and there was some problem with a Mexican gang. Judy was still having physically altercations with Steven when he was seventeen/eighteen years old.

LONG EXHIBIT 1, p. 034

When Steven was sixteen, his sister Cindy had her second child with Phil. Shawn Ryan Blankinship is born June 29, 1988. Cindy's children, which are Judy's grandchildren, are starting to divert what little time she has available away from Steven.

During his later teenage years, Steven is basically running out on the streets, involved in numerous short term relationships with girls and using drugs and drinking. The arguments and conflict continues to escalate between Judy and Steven and she basically has lost control. Steven does not listen to anything Judy says except when he needs her to provide him money or get him out of some type of jam.

Shortly after Steven's seventeenth birthday, his sister Cindy has her third child, a daughter, Tonya. Tonya Michelle Blankenship was born August 25, 1990.

At age nineteen, Steven is arrested for public intoxication while living in Gun Barrel.

### Steven's Young Adult Years

By his young adult years, Steven was still living with his mother and still dependent on her. In May, 1991, Steven was involved in a drive by "gang" related shooting with Michael Garcia. Steve was driving and Michael Garcia was the shooter. The person that was shot did not die. Steven was later arrested for attempted murder and was given ten years probation. Steven spent all of his young adult years dealing with probation, and continued to get involved with other crimes. A few weeks after Steven's arrest for attempted murder, he was arrested for larceny and theft under $20.00. Steven continued in his same lifestyle and continued to use drugs and alcohol. In July, 1991, Steven was arrested for a DWI. In December 1991, Steven was involved in an incident of having sex with a thirteen year old girl, Amber Chewning. Amber's mother originally called the police but then they did not want to follow up on the charges.

In January 1992, at age twenty, Steven started his felony probation for the conviction of attempted murder with co-defendant Michael Garcia. Steven was involved with Olga Gonzalez and they were living together, most of the time with Steven's mother. Olga got pregnant and

they had their first child, Breana Long, in August, 1992.  Steven was continuing to struggle with finding and keeping a job and various legal problems, which would eventually send him to prison.  In August of 1993, at age twenty-one, Steven was arrested for a DWI.  During these few years, Steven and Olga were breaking up almost on a monthly basis, frequently arguing and Steven was physically and verbally abusive to Olga.  Olga had been previously working, but after Breana was born, she was not supporting Steven and Steven was unable to support the family.  Judy was getting increasingly frustrated with Steven because he was not working and seemed to be spending much of his money on "partying".  Steven was spending little time with his new daughter.  Judy gave this information to Steven's probation officer in September 1993, when he came to the house looking for Steven.  Steven had been missing appointments with his probation officer and had returned a few dirty UAs.

By the end of September, 1994, a warrant was issued for Steven's probation violations.  Steven was aware of the warrant and went on the run for a few weeks but eventually turned himself into the sheriff.  In October, 1993, Steven was sentenced to 30 days in jail.  Steven only served a few weeks and was released on a work release program.  The incarceration seemed to have been a brief "wake up call" for Steven.  He started looking for a job and was going to counseling with a therapist.  Steven reported he was benefiting from the sessions with the therapist and was starting to accept some responsibility for his actions, rather than blaming everyone else.  Steven continued counseling through December, 1993 and the second baby with Olga was due shortly.

Steven's second child with Olga, Christopher Lynn Long, was born January 9, 1994 and Steven was twenty-two.  Steven now had two children and increased pressure to support the family.  In addition to the normal financial problems, Steven's car was stolen which was a real hardship for the family.  Steven attempts to work for the remainder of January, but he and Olga are fighting constantly and by the first part of February, 1994, Olga has left Steven because she was tired of the arguing and Steven's physical abuse.  Steven was again on a downward spiral.

He has stopped going to counseling or AA meetings, was missing probation appointments, and was delinquent in paying his probation fees.  Steven was also upset because Olga was refusing to allow him to see the children.

Judy attempts to help Steven see his children and attempts to be supportive to Steven.  Steven returns to counseling and the therapist believes he was making some progress, but he continues to be emotionally unstable related to his breakup with Olga and not seeing his children.  In May 1994, Steven writes on his supervision plan he was "emotionally unstable" and has "pressures in his life".  He also reports he was confused and "unable to control my life".  Shortly after this, Steven begins to turn in dirty UAs and finally by July 1994, he must appear before the judge again.  The judge orders Steven into treatment, but there was not a bed available.  The judge orders Steven to attend AA until a bed was available in the treatment center.  In August 1995, Steven was twenty-three years old and was starting to use drugs again and was missing AA meetings and counseling sessions.  By the end of September 1995, a warrant has been issued for Steven because he was not in compliance with his probation agreement.

When Steven appears before the judge, she was angry about his frequent appearances and feels she has given Steven every opportunity and sentences him to 10 years.

### Prison Years

By Steven's twenty-fourth birthday, he was incarcerated in prison.  Steven did not fare well in prison.  Because of his small stature and lack of confidence, he was immediately assessed as a someone who could be bullied in prison.  Steven was sexually assaulted on several occasions and raped by several inmates.  Steven quickly realized that he must find someone to protect him and there would be a financial and sexual price to pay for that protection.  Steven had a relationship with a male inmate, Anthony, who had been incarcerated for some time and was able to take care of himself and Steven.  Steven later reported that he enjoyed this homosexual relationship, but felt guilty.  In this relationship, the sex was consensual and Steven began to act in a more feminine manner by shaving his legs and other "girly" activities.

Steven Long Psychosocial History                                    Page 24 of 43
12/28/07

Steven had various disciplinary problems while incarcerated, many of them for masturbating in front of others. Steven's mother, Judy and his Aunt Dorothy, attempted to be supportive and frequently visited Steven and brought his children to visit. Steven had spent some time with his daughter, Breana, prior to be incarcerated and she remembered him, but he had been incarcerated shortly after his son's birth. His son had never known Steven as his father.

Steven seemed to function fairly well in prison as it was a structured environment and he did not have the outside stressors of trying to find a job, support a family and find housing. Steven was frequently requesting to be moved and often reporting that he was being threatened. After a while, the prison staff began to believe he was "crying wolf" and did not respond well to his requests to be moved to different cells or units. In April 1996, Steven requests to be moved because he said his cellmate was threatening him. A few days later, Steven cut his wrists because they did not move him. During this time, Steven was at the Wallace Unit.

Steven continued to frequently request to be moved for various reasons. By the end of 1996, Steven was telling the prison staff that everyone knew he was homosexual and he was a target. In January 1997, there was a prison riot because an inmate had been injured or killed. Steven was accused of being part of the riot, although there was only one officer who remembers him being part of the group. As a result of his alleged involvement in the prison riot, Steven received two additional years to his sentence.

In April 1997, Steven reported he was being forced into nonconsensual sex with other inmates. Steven continued to report he was frequently being threatened by different inmates for various reasons. In August 1997, Steven was twenty-six years old. Shortly after this, by a strange coincidence, Steven became aware that his biological father, Steven Ramon, was also incarcerated at TDCJ, but not on the same unit. Steve was skeptical if it was really true and wrote Steve Ramon. Steven was soon convinced by the information that his father furnished that he was his biological father. They started corresponding back and forth and Steven's father encouraged Steven to have his mother write him to verify what he was saying. Steven learned

LONG EXHIBIT 1, p. 038

that his father had previously been a part of the prison gang, the Texas Syndicate, and had decided to disassociate with them because he disagreed with the murder of outside innocent people. As a result, his father was in protective custody in the prison and his father warned Steven that he might be in danger with some type of reciprocation against him. Steven exchanged a few letters with his father, but stopped after a few months.

The next few prison years were fairly uneventful for Steven. He was written up several times for masturbating in front of female guards and others. In August 2000, Steven was twenty-nine years old and was telling the prison staff that he was bi-sexual and he was no longer participating in homosexual activities. By the beginning of 2001, Steven's mental health had deteriorated and he was reporting increased depression and suicidal thoughts. He was placed on suicidal precautions. Steven was on the Daniel unit and was having more regular mental health sessions. In May 2001, Steven told the mental health professional that he was fearful that he would do something stupid and get his sentence extended. About a week later, Steven was found in his cell with a razor blade and was threatening to kill himself. A few days later, Steven was transferred from the Daniel Unit to the Montford Psychiatric Unit. On the transfer to Montford Unit, Steven was able to take off all of his restraints in the van. Steven was in active "self sabotage" mode.

After arriving at the Montford unit, Steven later told a counselor that he had been worried about being released from prison because he was scared of how he would make it out in the real world. Steven was administered various psychological tests to help assess him at the Montford unit, but most of the tests were invalid and they could not be used. During one of his assessments at the Montford unit, Steven reported he was gay and at times and he stated "he thinks he is a girl". Steven reported guilt about his homosexual activities. After about five months at the Montford unit, Steven was transferred back to the Daniel Unit.

In August, 2002, Steven was thirty-one years old and was released on mandatory release on November 22, 2002.

### Starting Over after Prison

Even though Steven was apprehensive about his ability to function outside the prison, he was released and back at home with his mother. As soon as Steven returned home, Judy and Dorothy took him out and bought him all new clothes. Judy had arranged for him to have a job where she was working and had a car for Steven. Judy was anxious for Steven to have a new start and be able to be a father to his children. While he had been gone, Judy had developed a good relationship with Breana and Chris and they often came over on weekends to spend time with her. Judy has tried to help Olga financially with the children.

Steven was soon back to using drugs and alcohol. Steven's sister, Cindy and her husband were heavily involved in drugs and using crack cocaine and methamphetamines. Steven's sister and Phil were living in Farmersville and Cindy was arrested for drugs. A few days after his thirty-second birthday in August 2003, Steven was arrested for a DWI. Steven had not been paying child support and the company he was working for, Baker Metal, soon received a notice to take the child support out of his checks and send it directly to the state. Even though Steven was drinking and using drugs, he was able to maintain his job until January 2004, when he was terminated from Baker Metals.

Shortly after Steven's thirty-third birthday in August, 2004, he was arrested several times on various drug related charges over the next few months. Steven was working at a few odd jobs, but mostly using drugs. Steven's mother, Judy, was very discouraged by Steven's behavior and unwillingness to get a job. During this same period, Cindy had kicked her son, Samuel, out of the house. He was refusing to go to school or get a job. Phil was unwilling to allow him to stay as he was not contributing in any way. Judy allowed her grandson, Sam, to come and live with her and Steven. Steven and Judy had been having increasing conflict and it increased after Sam arrived to stay. Steven again felt that his mother was "favoring" others above him. Judy gave Steven an ultimatum about getting a job or moving out and Steven did not feel that Sam had received the same ultimatum. Judy believed that she had given Steven many more chances over

the years and he was much older than Sam. After an escalated argument between Sam and Steven, Judy made Steven leave her home. Steven had no where to go so he was staying with various people in the same trailer park with Judy. His anger at Judy about Sam staying and him leaving continued to simmer and he took every chance to get into conflict with his mother. Steven was arrested May 23, 2005 for the murder of Kaitlyn Smith.

### Educational History

Steven started Kindergarten in the Dallas Independent School District. The family then moved to Garland and he attended first grade and a portion of second grade in the Garland Independent School District[3] and then returned to the second grade in the DISD.[4] Steven was kicked out of school in the fifth grade and was out of school for a month. Steven's best subject was math through the fourth grade. When Steven was attending Walnut Glen Elementary in Garland, it was recommended that Steven be put in special education classes. Based on the national achievement scores, Steven consistently performed in the lower percentage of scores. In these tests, Steven's scores on various tasks in language, math, and other basic skills are compared to scores to local students and scores from students on a national level. For example, Steven's scores in math and spelling were below 5% of students on both a local and national level. After repeating the first grade, Steven was able to improve his scores, but they were still below 50% in most areas.[5]

Steven failed the fifth grade two times. Then he was moved to the sixth grade, but before getting started in the sixth grade, he was promoted to the seventh grade. Steven went to school a couple of times in the seventh grade, but he would smoke pot prior to going to class in the morning. Steven smoked pot laced with something (possibly PCP) during this time and "started tripping". He went home. Steven was kicked out of seventh grade after about one month.

---

[3] Exhibit 15 -- Garland Independent School District Records
[4] Exhibit 16 -- Dallas Independent School District Records
[5] Exhibit 17 -- Graphs of Steven Long's Achievement Scores

Steven then went to an alternative school downtown for about one month. After one month in the alternative school, he was transferred back to Florence Junior High, but only lasted one month and was kicked out again. He returned back to the alternative school downtown, where he lasted only a brief period. During these problems in school, Judy was psychically punishing Steven. His mother started out spanking him, but by the end was using her fists.

When Steven was placed in seventh grade, he was placed in special education. Steven had problems in school almost every day and Judy was constantly being called. Judy was fearful she would lose her job.

It looks as though Steven was enrolled in W.W. Samuel high school in ninth grade, but it unclear how many classes he attended and he received no credits.

When Steven was incarcerated, he hoped to attend GED classes and obtain his GED. It was his understanding that he had to score above a certain score on his IQ test to be able to enroll in the GED classes. As a result, because of the group setting of the IQ tests, Steven paid someone else in cigarettes to help improve his IQ score. His IQ score from prison is 97, but he scored much lower on subsequent tests.

When Steven was tested by the Windham School District in 1995 while in TDCJ his tests scores indicated he was functioning on a fourth grade level in math and reading comprehension and only on a third grade level in language.[6] Steven was reading on a sixth grade level in 1995. After taking various literacy classes while incarcerated, Steven was able to slightly improve his functioning. In 2002, he improved his comprehension score from a fourth grade level to fifth grade. He continued to function at a fourth grade level in math and improved his language functioning from a third grade level to a fourth grade level. He also improved his reading from a sixth grade level to a seventh grade level.

Steven was unable to enroll in the GED preparation classes because of his poor scores.

---

[6] Exhibit 19 – Windham School District Records

He did not take any other occupational type courses and mainly took literacy classes while incarcerated.  As in school, he rarely completed all the hours for a particular course.

## Work History

Steven has a long history of various odd jobs and rarely stays at a job for more than a couple of weeks.  The longest time that Steven worked at a company was at Baker Metal. Steven's mother has worked there for more than twenty years and was able to get him a job there after he was released from prison.  Steven was riding to work with Judy and she was motivating him to go to this job and he was able to maintain it for about one year before he was terminated. Steven was not particularly motivated to work.  The usual reason for Steven leaving a job was having a disagreement with someone at work and Steven quitting the job.  Steven has mowed yards, fast food, painting, car washes, telemarketing, refrigeration, courier and any other type of low level job.  All of Steven's jobs have been manual type labor as his reading and writing ability is limited related to his lack of education.

## Spirituality

Steven attended church periodically until he was about ten or eleven.  He had little spirituality while he was in the outside world.  Occasionally, while in prison, Steven would indicate that he was communicating with God and feeling some support from his spirituality. After he was released from prison the first time, there was no indication of any spirituality in Steven.  Now that Steven is again incarcerated, he is again mentioning God and the Bible and reporting some feelings of increased spirituality.  It does not appear that Steven's spirituality has been a strong source of support and comfort for him at any time.

## Steven and Family Criminal History

Steven's grandfather, Thomas Tidwell, was incarcerated in prison for fifteen years of a twenty-five year sentence for sexually molesting his daughters and step-daughter.  Steven's mother was arrested when she was younger for various alcohol related crimes and also for bar fights, but no serious charges.  Steven's brother-in-law came from California to escape some

legal problems and had been a member of a gang.  Steven's sister, Cindy, has been arrested for

possession of drugs and is currently on probation.  While living in Arizona, both Cindy and Phil

were arrested for domestic violence against each other.  Steven's biological father, Steve Ramon,

is currently incarcerated in TDCJ on a life sentence and was involved in a prison gang.  Steven's

half brother, Steve Ramon, Jr., was incarcerated at TDCJ at the same time as Steven and they

were cell mates for a period of time.  There is little information about Steven's maternal family

since Judy and Dorothy were raised in Buckner's.  Dorothy's son, Benji, has been involved with

drugs and has been arrested.

| Criminal History | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| 05/01/1991 | Steven is arrested for murder by Mesquite PD. | Mesq PD |
| 05/27/1991 | Steven is arrested in Gun Barrel by the Mabank police for Larceny and theft under $20.00 | Mabank PD |
| 07/21/1991 | Steven is arrested for public intoxication while living at 178 Deer Run in Gun Barrel, Texas | APC |
| 12/21/1991 | Margaret Marie West presses charges against Steven for sexual intercourse with a juvenile victim.  The police interview Amber Chewning, who is 13 years old. | APC |
| 01/09/1992 | Steven is placed on Felony Probation for ten years by the Judge. | APC |
| 04/21/1992 | Steven reports to PO, but states he was arrested several days ago in Henderson County for outstanding traffic tickets. | APC |
| 08/29/1993 | Steven is involved in an automobile accident at 12:30 am at 2900 Elm street.  He is driving a 1986 white Toyota and he is arrested for DWI | APC |
| 09/13/1993 | PO receives an arrest report from DPD and Steven was arrested for a DWI on 8/29/93.  PO prepares a notification of violation. | APC |
| 09/20/1993 | Warrant is issued for Steven for probation violation. | APC |
| 10/05/1993 | Steven appears before Judge Warden and he is sentenced to 30 days in jail and then is to resume his counseling after discharge. | APC |
| 10/15/1993 | Steven been released from jail on a work release program. | APC |
| 06/03/1994 | Steven submits a dirty UA on his May UDS | APC |
| 06/21/1994 | Steven fails to report for the Court summons. | APC |
| 07/08/1994 | Steven appeared before Judge Warden and the Judge informed | APC |

Steven Long Psychosocial History                                         Page 31 of 43
12/28/07

| Criminal History | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| | Steven she was tired of Steven having to appear in front of her. Steven will remain on the Electronic Monitoring program for not less than 90 days and Steven is put on the waiting list for the Judicial Treatment Center.  Steven is instructed to attend AA meetings until a bed is available. | |
| 07/11/1994 | Steven reports for probation and participated in CCP orientation. Steven is living at 11621 Ferguson, #2223, Dallas.  He is unemployed. | APC |
| 08/29/1994 | Steven fails to report to his probation officer. | APC |
| 09/06/1994 | Steven fails to report to his probation officer. | APC |
| 09/08/1994 | Mrs. Jenkins reports to Steven's probation officer she has not seen Steven for about a month. | APC |
| 09/19/1994 | Warrant is issued for Steven. | APC |
| 01/05/1995 | Steven is incarcerated in jail with no new charges. | APC |
| 01/09/1995 | Revocation hearing is held and the judge revokes Steven's probation and he is sentenced to 10 years in prison. | APC |
| 08/29/2003 | Steven is arrested for DWI | PD |
| 09/13/2004 | Steven is arrested for possession of Marijuana | Balch Springs |
| 09/13/2004 | Steven is arrested for criminal mischief.  Steven kicked rear right window of police car while in custody in vehicle and damaged the window. | |
| 10/26/2004 | Steven is arrested for possession of marijuana. | |
| 05/23/2005 | Steven is charged with Capital Murder and aggravated sexual assault. | |

| Prison Disciplines | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| 11/12/1995 | Steven is alleged to have requested an officer to bring him something from the free world.  Steven is incarcerated at the Wallace unit. | TDCJ |
| 11/29/1995 | Steven doesn't turn out for work and is sanctioned. | TDCJ |
| 01/14/1996 | Steven is written up for contraband, 3 towels, 3 blankets which is in excess of amount allowed. | TDCJ |
| 07/28/1996 | Steven is written up for yelling through his cell door. | TDCJ |

Long Exhibit 1, p. 045

Steven Long Psychosocial History                                    Page 32 of 43
12/28/07

| 08/14/1996 | Steven is again written up for yelling through his cell door. | TDCJ |
| 08/18/1996 | Steven is written up for failure to obey -- would not remove towel from window | TDCJ |
| 01/27/1997 | There is a riot at the prison and Steven is charged with six other inmates as participating in the riot. There was little corroboration concerning Steven's involvement in the riot. Steven was given two years TDC time. | TDCJ |
| 03/12/1998 | Steven is written up for masturbating in front of a female guard. | TDCJ |
| 04/22/1998 | Steven is written up for masturbating in his cell door in front of a female guard. | TDCJ |
| 04/20/1999 | Steven is written up for failure to obey order – Steven would not move into a different cell. | TDCJ |
| 05/13/1999 | Steven is written up for masturbating in public. | TDCJ |
| 02/14/2000 | Steven is written up for masturbating in public. | TDCJ |
| 02/17/2000 | Steven is written up for possession of contraband – rolling papers in cell, jelly and Velcro tape. | TDCJ |
| 06/03/2000 | Steven was written up for being in an unauthorized area – he was in the dayroom. | TDCJ |
| 07/21/2000 | Steven is written up for failure to obey order – order to stay at work area and did not obey. | TDCJ |
| 08/24/2000 | Steven is written up for failure to obey order – order to return to cell and he did not obey. | TDCJ |
| 08/27/2000 | Steven is written up for masturbating in public – with shower door open. | TDCJ |
| 08/30/2000 | Steven is written up for being present in unauthorized area – he goes into wrong cell and stays there for several minute. | TDCJ |
| 08/31/2000 | Steven is written up for masturbating in public – with shower door open. | TDCJ |
| 01/02/2001 | Steven is written up for failure to obey order – will not sit down in dayroom when ordered | TDCJ |
| 12/24/2001 | Steven is written up for masturbating in public. When confronted by officer, Steven asked "Is it not big enough for you". Steven later apologized to the officer. After that, Steven claimed that it was not him, but his half brother, Steve Ramon, who had been masturbating and had given his ID card instead of his own. | TDCJ |
| 01/12/2002 | Steven is written up for being in unauthorized area – dayroom. | TDCJ |
| 05/24/2002 | Steven is written up for unauthorized commodity transfer – he received an extra piece of cake. | TDCJ |
| 05/30/2002 | Steven is charged with tampering with his restraints. He loses 60 | TDCJ |

| | days of good time as a result.  When opening the van after transferring Steven, he had removed his lock box, pad lock and belly belt. | |
|---|---|---|

### Marriages and Social Relationships

#### Maritsa Garces

When Steven was eighteen he married Maritsa Garces on October 14, 1989.  Maritsa was seventeen at the time of the marriage as she was born December 5, 1971 in Hidalgo County to Jesus Garces and Estefana Bocanegra.  Maritsa believed she was pregnant at the time of the marriage.  The couple lived with Judy for the short period they were married.  Steven and Maritsa did not live together very long, but they remained legally married until January, 1992.  Maritsa was seeing Cesar Pena while she was still married to Steven and had a son, who was born on May 22, 1991.  There was no father named on the birth certificate, but the baby was named Cesar Ray Pena, after his father.  Maritsa and Cesar later married June 30, 1994.  They had a second child, a daughter, Valerie Marie Pena on July 26, 1995.

#### Olga Flores (previously Gonzales)

Olga was Steven's first longer term relationship.  When Steven met Olga, he was still legally married to Maritsa, even though they had not been living together for some time.  Steven and Olga had a tumultuous relationship and were frequently breaking up and reconciling. In the beginning of their relationship, Olga and Steven would spend a couple of weeks living with Judy and then live a couple of weeks at Olga's mother house.  Judy attempted to warn Olga early in the relationship that Steve could be very possessive.  Judy frequently attempted to try to keep Steven on task in doing the right thing.  Olga appreciated Judy's attempts to keep Steven in line and she had a good relationship with Judy.

In 1991, Olga became pregnant with Steven's child, but had a miscarriage.  Olga and Steven were continuing to break up and get back together.  Steven was physically abusive to Olga and he was extremely jealous.  Olga became pregnant again and gave birth to her daughter

with Steven on August 19, 1992. This was just a couple of days after Steven's twenty-first birthday. Steven was on probation, struggling to keep a job and Judy was helping them financially. Steven attempted to keep Olga away from her family and continued to be possessive of Olga and the baby.

Steven had difficulty keeping a job and he remained home to care for the baby and Olga worked at a Car Wash. Steven was involved in a car accident and received a settlement. After receiving the settlement, Steven was gone for a week and spent all the money on dope and strip clubs and bought nothing for the baby.

In 1993, when Breana was about one year old, Olga and Steven separated again and Olga went to live with her brother. Olga and Steven reconciled again and they got an apartment, but lost the apartment. After the reconciliation, Steven continued to be jealous and continued to hit Olga. After a period of time, Olga began to hit Steven back which caused his anger to escalate. Olga called the police about Steven during this time.

Steven's probation had been revoked and he spends some time in prison and gets out on a work release program. Steven and Olga's second child, Christopher Lynn Long was born January 9, 1994. By February 7, 1994, Steven was reporting to his probation officer that Olga had left him. Olga had finally reached her limit on the emotional and physical abuse by Steven and his inability to support the family.

According to Steven, Olga frequently reminded him of his mother and he would lash out at her and hit her. Steven also forced Olga to have sex without her consent on several occasions.

**Melanie Gorham**

Melanie originally met Steven in the summer of 2003. Melanie has three children and two of her children were friends with Cindy Blankinship's children, Sam and Shawn. Steven had been out of prison about six months. At about the same time Melanie met Steven, she started nursing school. Melanie was living in Farmersville. Melanie had been divorced about three years after an eighteen year marriage. Steven dropped by her house one evening and they

Steven Long Psychosocial History                                      Page 35 of 43
12/28/07

sat on the porch and talked and Steven seemed nice.  Steven was working with his mother at
Baker Metals at that time.

Melanie was attending school in Irving and the drive from Farmersville was difficult.
Melanie and her children moved in with Steven and Judy in her trailer.  Most of the fights
between Melanie and Steven were related to money.  Steven frequently wanted Melanie to buy
him cigarettes, beer or other things.  When they would get into a fight, Steven would sometimes
push Melanie.

Melanie and Steven and her children moved out of the trailer with Judy and into a house
in Plano.  Steven was drinking more and working less.  Steven then blew the engine on his car
and problems escalated.  At one point, Melanie reports that Steven grabbed her by the throat and
slammed her down.  Cindy's son, Shawn, pulled Steven off her.

Steven moved out of the house in December 2003 and moved back in with his mother, Judy.
Steven returned on occasion and the arguments continued.  Melanie eventually just left the house
and broke the lease in February 2004 and moved in with her oldest daughter.

**Mindy Frazier**

Melynda Gabriel was born in Harris County to Dorothy Roux and Robert Lee Gabriel on
March 21, 1967.  Melynda "Mindy" married her first husband, Clifton Malaer on November 1,
1986.  Mindy married her second husband, John Hamil on February 20, 1988.  Mindy had two
children with her second husband.   Mindy's first son, Cody Whitfield Hamil was born March
25, 1990.  Her second son, John Brandon Hamil, was born May 14, 1992.  Mindy married her
third husband, Steven T. Ingle, on January 8, 2000.

Mindy and Steven met while she was working as a waitress for Denny's.  After Mindy
and Steven married in July 2004, they moved in with Judy.  Mindy initially perceived Steven as
being sweet and kind to both his children and her children.  Mindy has two children, Brandon
and Allison.  Steven wanted Mindy to make more money.  Steven encouraged Mindy to quit
Denny's and through a contact he had, made arrangements for Mindy to be a dancer again at a

Steven Long Psychosocial History                                      Page 36 of 43
12/28/07

men's club.  Steven spent much of Mindy's money on his car and clothes.

Mindy was unhappy living with Judy and felt she was abusive to Steven.  Mindy would hear Judy telling Steven that she "wished he had not been born" or "go lie in the street and get run over".  Judy was frequently hateful to Steven and he was hateful in return to Judy.  Judy was paying off debts for both Steven and Cindy and she also paid the bills.  Judy would ask Mindy how much money she had made and would ask her for money to pay the bills.

Pretty Boy was Mindy's dog and Steven would often beat the dog.  Steven had bought the dog from Kenneth  "Red".  Steven had known Red since kindergarten Mindy and Steven eventually separated, and Mindy felt that Steven only wanted to see her when she had money.  Mindy states she found out about Steven's relationship with Stephanie and believed she was pregnant.

Mindy had a good relationship with Cindy and Phil Blankenship and they all used drugs together.  Mindy stayed on with Cindy and Phil at Cedar Creek after she separated from Steven.  Mindy reports that Steven was "high maintenance" particularly related to eating and shopping.  Mindy observed Steven to be obsessive about coffee and newspapers.

Mindy reports she was selling drugs (cocaine and ice) while she was dancing.  Mindy describes Steven as being a "mean" drunk, but he was very mellow when high on other drugs.  Mindy reports several incidents of Steven being physically abusive.  The first time was after Steven had blacked out and when Mindy told him what he had said, he punched her in the mouth.  The second time was when Mindy made a statement about Steve having sex with someone else.

Two days after Steven met Mindy, he told her that he hated women because his mother had made him hate women.

LONG EXHIBIT 1, p. 050

## Friends

Steven had few long time friends over the years.   Steven often hung out with "drug" friends. He also spent a considerable amount of time with family members, such as his cousin, Benji. No friends of Steven could be located and interviewed.

### Steven and Family Medical and Psychiatric History

Steven was prescribed Cylert at about age six or seven and he saw a doctor at Children's Hospital.  Cindy was also placed on Cylert at about the same time and she was nine or ten.  The school had informed Judy that both children had problems.

When Steven was in special education in the seventh grade, he was having constant problems and Judy took him to see two different psychologists at Parkland Hospital.  The psychologist warned Judy that Steven might harm people in the future.

Steven reports that he had told his mother he was hearing voices and he also told a worker, Edward Clayton.

When Steven got out of prison, he was placed on medications by MHMR which seemed to help Steven's symptoms.  Steven could not afford the medications as he was spending about $100.00 for medications.  After about three months, Steven got off the medication due to the cost and just the convenience of not taking the medication.  Steven's mother believes part of the reason Steven stopped the medications was because they were causing some sexual side effects and affecting Steven's ability to get an erection.  Psychotropic medications often do have sexual side effects.

Steven's mother attempted suicide on several occasions with several different methods. She cut herself, took pills, jumped out of a car and lay in the street.  Judy was hospitalized at Terrell State Hospital for about six months in her early twenties related to her psychiatric symptoms and she also had problems with alcohol dependency.  Judy was pregnant when she was 18 and gave the baby up for adoption.

LONG EXHIBIT 1, p. 051