We, the Jury, ~~under instructions of the Court~~, find the Defendant Guilty, as charged in the Indictment, and assess his punishment at Confinement in the State Penitentiary for a term of 15 years.

G. W. Hamilton
Foreman.

No. A-8898

THE STATE OF TEXAS
vs.
T. L. Tidwell

CHARGE OF THE COURT

Filed the 13 day of November A. D. 1957.

[signature]
Clerk of the District Court of Collin County, Texas.

LONG EXHIBIT 1, p. 232

No. A-8900

IN District COURT

Collin COUNTY

# THE STATE OF TEXAS

vs.

T. L. Tidwell

Filed the 10th day of Sept. 1957

MEMORANDUM OF PAPERS FILED

1 Vol. O-1, pg 175

2

3

4

5

6

7

8

9

10

11

12

A 117 FOR SALE BY STAFFORD-LOWDON CO. FORT WORTH

No. A-8899

IN District COURT

Collin COUNTY

# THE STATE OF TEXAS

VS.

T. L. Tidwell

Filed the 10th day of Sept. 1957

MEMORANDUM OF PAPERS FILED

1 Vol O-1, Pg 175 [handwritten]

2

3

4

5

6

7

8

9

10

11

12

A 117 — FOR SALE BY STAFFORD-LOWDON CO., FORT WORTH

# CRIMINAL DOCKET

Page No. A-8899

| Number of Case | Style of Case | Attorneys | | Offense | Date of Filing: Month | Day | Year |
|---|---|---|---|---|---|---|---|
| A-8899 | THE STATE OF TEXAS | Dwight Whitwell | State | Rape | Sept. | 10 | 1957 |
| | vs. | | | | | | |
| | T. L. Tidwell | | | | Information or Indictment | | |
| Fee Book: Vol. / Page | | | Deft. | | | | |

| Date of Orders | Orders of Court | Minute Book: Vol. | Page | Witnesses |
|---|---|---|---|---|
| SEP 28 1957 | Hon John E Gay is appointed atty for defendant. | | | |
| SEP 28 1957 | set for trial on Oct 28-1957. | | | |
| MAR 27 1962 | Dismissed on State's Motion for Reasons therein stated W. C. Dowdy Judge Presiding. | O-1 | 175 | |

THE STATE OF TEXAS

vs. No.______

| Date of Orders | ORDERS OF COURT CONTINUED | Minute Book | |
|---|---|---|---|
| | | Vol. | Page |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LONG EXHIBIT 1, p. 236

MOTION TO DISMISS AND ORDER

**THE STATE OF TEXAS,**

No. A-8899 vs.

T. L. TIDWELL

In 59TH JUDICIAL DISTRICT Court,

COLLIN County, Texas,

JANUARY Term, 19 62

Now comes the State, by the COUNTY Attorney, and moves the Court to dismiss the above entitled and numbered cause for the following reasons, to wit:

(1) The case has been on file so long that it is impossible to locate some of the witnesses;

(2) There is insufficient evidence to secure conviction.

Thomas E. Williams

COUNTY Attorney.

## ORDER OF THE COURT

On this the 27 day of March 19 62 came on to be heard the written motion of the State's Attorney filed herein, asking permission of the Court to dismiss this cause for the reasons, set out in said motion; and the same having been heard and duly considered, the Court is of the opinion that the reasons so stated are good and sufficient to authorize such a dismissal.

It is, therefore, considered, ordered and adjudged by the Court, that this criminal action be and the same is hereby dismissed; that the State of Texas take nothing by this suit, and that the Defendant T. L. TIDWELL, be immediately discharged from any further liability in this cause, and that as to the same go hence without day.

W. C. Dowdy
W. C. Dowdy Judge 59TH JUDICIAL DISTRICT Court

COLLIN County, Texas.

LONG EXHIBIT 1, p. 237

No A-8899

THE STATE OF TEXAS

vs

T. L. TIDWELL

**STATE'S MOTION TO DISMISS WITH ORDER OF COURT**

Filed Mar. 27 1962

Clara Dravillion Clerk,

District Court Collin Co., Texas

By ________ Deputy.

**In the Name and by the Authority of the State of Texas:**

The Grand Jurors, duly selected, organized, and impaneled as such in and for the County of Collin, State of Texas, at the September Term, A. D. 1957, of the District Court for said County, upon their oaths, present in and to said Court that on or about the 28th day of April, A. D. 1957, and anterior to the presentment of this indictment, in the County of Collin and State of Texas, T. L. Tidwell did then and there unlawfully ravish and have carnal knowledge of Dorothy Jack Tidwell, a female then and there under the age of eighteen years, and then and there not being the wife of the said T. L. Tidwell

against the peace and dignity of the State.

H. G. Fincher Jr.
Foreman of the Grand Jury.

LONG EXHIBIT 1, p. 239

No. A-8899

THE STATE OF TEXAS

—vs.—

T. L. Tidwell

# INDICTMENT

OFFENSE:

Rape

~~DWIGHT WHITWELL~~
~~ROBERT R. HENDRICKS~~
~~Criminal District~~ Attorney
COUNTY

Filed 10 day of Sept, 1957

Irene Barker
Clerk, District Court, Collin County, Texas

By .................................... Deputy

A TRUE BILL:

H. G. Finch, Jr.
Foreman of the Grand Jury.

Amount of Bail $ ..............

Blue Ridge, Texas

# THE STATE OF TEXAS

**To the Sheriff of Collin County, Said State—GREETING:**

YOU ARE HEREBY COMMANDED to forthwith deliver to T. L. Tidwell a prisoner in your custody the accompanying certified Copy of Indictment A-8899

HEREIN FAIL NOT, and due return make hereof without delay.

WITNESS my signature and seal of office, on this the 10th day of September 1957

Irene Barker
Clerk District Court, Collin County, Texas.

By *Jean Felty* Deputy.

# THE STATE OF TEXAS

**To Any Sheriff of the State of Texas—GREETING:**

YOU ARE HEREBY COMMANDED to arrest T. L. Tidwell

and him safely keep so that you have him before the Honorable District Court of Collin County, in said State, at the Court House of said county, in the City of McKinney, instanter; then and there to answer THE STATE OF TEXAS upon an indictment pending in said court, charging him with the offense of a felony, to-wit: Rape

HEREIN FAIL NOT, but make due return hereof to the Court instanter.

WITNESS my signature and official seal at office in the City of McKinney, this the 10th day of September A. D. 1957.

Irene Barker
Clerk District Court, Collin County, Texas.

By Jean Felty Deputy.

## SHERIFF'S RETURN

Came to hand on the 10 day of Sept A. D. 1957

duly arresting the within named defendant in Collin County, ~~and releasing him on bond.~~ placing him in jail

~~_____, Sheriff,~~

~~By _____ Deputy~~

Returned on this 11 day of Sept A. D. 1957

FEE - - $ 2.00

Mileage - $

Total - - $ 2.00

[signature]

Sheriff, Collin County, Texas

---

FILE No. A-18899

The State of Texas

—vs.—

T. L. Tidwell

CAPIAS

Issued this the 10th day of September A. D. 1957

Irene Barker

District Clerk, Collin County, Texas

By [signature] Deputy.

Amount of - - - - $

FILED

At _____ M.

SEP 11 1957

IRENE BARKER

Clerk District Court, Collin County, Texas

By [signature]

McKINNEY EXAMINER PRINT

# EXHIBIT 14

LONG EXHIBIT 1, p. 244

LONG EXHIBIT 1, p. 245

1955
5
THE TIGER

## *Third Grade*

Wilford Lacy, Merril Prater, Edward Nation, Glen Dale Rushing, Helen Terrell, Mary Prater, Linda Warthan, George Chapman, Judy Tidwell, J.C. Justice, Dwight Braswell, Warren McLeod, Dwight Wilson, Charlotte McCarley, Mildred Duckworth, Barbara Rowan, Bertha Hedrich, Linda Childress, Patricia Wilson, Brenda Murphy, Derril Prater, Doyle Lacefield, Billy Montgomery.

LONG EXHIBIT 1, p. 246

Grade Five

Moffett, Laudermik, Harmon, Duckworth, Chapman, Riley, Rushing, Rice, Braswell, McCarley, Green, Jenkins, Montgomery, White, Williams, Bellows, Denham, John, Harris, Williams, Hopper, Sharp, Wilson, Chennault, McDonald, Johnson, Tidwell, Prater, Henson, Burgess, Cross.

LONG EXHIBIT 1, p. 247



Grade Six

Walls, McCarley, Starnes, Womble, Short, Gilbert, Hedrich, Womble, Miller, Short, Lacy, Jenkins, Attaberry, Stroup, Branch, Cline, Thacher, Tilley, Douglas, McTee, McGuffey, Kerby, Cox, Sims, Tacker, O'Neal, Harris, George, Durham, Tidwell, Duckworth, Maxwell, Combest.

LONG EXHIBIT 1, p. 249



THE 1956
TIGER



Troy Harrison
Commeal Jenkins
Travis Maxwell
Alice Huff
Ray George

Ruth Atterberry
Bert Durham Jr.
Carolyn Stroup
Mason Kerby
Estelle Kesterson

James McTee
Patronia Short
Benny Douglas
Deanna Lacy
Artie McGuffey

## GRADE SEVEN

Patricia Womble
Bobby Branch
Nelda Hedrich
Betty Westbrook
Otha Combest

Glendon Womble
Robert Cline
Odell Thacker
Joe O'Neal
Gordon Tilley

Billy Simms
Odell Tacker
Elwin Womble
Tommy Tidwell
Linda Gilbert

Clifford White
Patsy Walls
Earl Smith
Sidney Harris
Carol McCarley

LONG EXHIBIT 1, p. 250





## GRADE SIX

Brend Harmon, James Chapman, Dora Lou Burgess, James D. McCarley, LaPaula Bellows, Larry V. Womble, Doris Burkett, Terry Jenkins, Van Gail Chennault, Ronnell Green, Donna Williams, Henry Rushing, Carrol White, Johnny Denham, Billy J. Williams, Tommy Riley, Margaret Hopper, Cloyd Braswell, Charlotte McDonald, Gaylan Moffitt, Arlita John, Orvis R. Wilson, Elizabeth Sharp, Ronald Rice, Wanda Hanna, Sally Montgomery, Garvis Huff, Linda Harris, Dorthy Tidwell.

# EXHIBIT 15

LONG EXHIBIT 1, p. 252

LONG EXHIBIT 1, p. 253

I.D. 103950

# GARLAND I.S.D. ELEMENTARY STUDENT RECORD

LAST Long FIRST Steven MIDDLE L.

DATE OF BIRTH 08 - 17 - 71 (MONTH DAY YEAR)

SEX Boy

RACE D

DATE OF ENTRANCE 11-18-76 (MO. DAY YR.)

AGE AT ENTRANCE 5

FOR EXPLANATION OF GRADES SEE ATTACHED FORM

WITHDRAWAL/RE-ENTRY DATA

DATE OF WITHDRAWAL - 1 9-25-78

DATE OF RE-ENTRY - 1 ______

DATE OF WITHDRAWAL - 2 ______

DATE OF RE-ENTRY - 2 ______

DATE OF WITHDRAWAL - 3 ______

SPECIAL COMMENTS, HONORS RECEIVED

| SUBJECTS | 76-77 GRADE K | 77-78 GRADE 1 | 78-79 GRADE 1 | — GRADE ___ | — GRADE ___ | — GRADE ___ | — GRADE ___ | — GRADE ___ | — GRADE ___ |
|---|---|---|---|---|---|---|---|---|---|
| HEALTH | | | | | | | | | |
| LANGUAGE | | S | S | | | | | | |
| MATHEMATICS | | S | S | | | | | | |
| MUSIC | | | S | | | | | | |
| PHYSICAL EDUCATION | | | | | | | | | |
| READING | | S | N | | | | | | |
| SCIENCE | | | | | | | | | |
| SOCIAL STUDIES | | | | | | | | | |
| SPELLING | | N | S | | | | | | |
| WRITING | | S- | S | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| PROMOTED (Yes or No) | Yes | Yes | Yes | | | | | | |
| DAYS ON ROLL | 152 | 174 | 175 | | | | | | |
| DAYS PRESENT | 94 | 167 | 175 | | | | | | |
| TIMES TARDY | 0 | 0 | | | | | | | |
| TEACHER | Bray | Brown | Brown | | | | | | |
| SCHOOL ATTENDED | Walnut Glen | walnut Glen | Walnut Glen | | | | | | |

LONG EXHIBIT 1, p. 254

Name LONG STEVEN Date Tested 4/79 Grade 1 Form 85 Level 7 ID No. City GARLAND ISD 0472-0274

Teacher BROWN LEE ANN

School WALNUT GLEN

| | Test L Listening | Test V Vocabulary | Test WA Word Analysis | Test R Reading | Test L Language Skills: Spelling L-1 | Capitalization L-2 | Punctuation L-3 | Usage L-4 | TOTAL | Test W Work-Study Skills: Visual Materials W-1 | Reference W-2 | TOTAL | Test M Mathematics Skills: Concepts M-1 | Problems M-2 | TOTAL | COMPOSITE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Converted Score | | 20 | 9 | 13 | 16 | | | | | | | | 23 | 21 | 22 | 16 |
| National Percentile Rank | | 55 | 7 | 20 | 35 | | | | | | | | 69 | 60 | 66 | 34 |
| Local Percentile Rank | | 45 | 3 | 14 | 34 | | | | | | | | 70 | 60 | 66 | 32 |

IOWA TESTS OF BASIC SKILLS PRIMARY BATTERY

INDIVIDUAL PUPIL PROFILE

PERCENTILE RANK

99, 95, 90, 75, 60, 50, 40, 25, 10, 5, 1

## WHAT DO THE SCORES MEAN?

Near the top of the chart is a row of numerals labeled "Converted Score." The converted scores are used for computing totals and averages.

The second row of numerals, opposite "National Percentile Rank," tell how the scores ranked among those earned by pupils in the grade across the nation. The third row, "Local Percentile Rank," might have a row of numerals, which tell how the scores ranked when compared to those of pupils in the local school system.

The scores plotted on the chart are percentile ranks. The percentile rank for a given pupil is the percent of pupils who score lower. A percentile rank of 65, for example, means that the pupil did better than 65 percent of the other pupils who took the test. The range of scores is from a low of 1 to a high of 99.

The numeral 50 at the sides of the chart marks the middle of the chart and the middle of the score range. On each test, half (50 percent) of the pupils tested earn ranks of less than 50, and half, more than 50. For this reason, 50 is an "average" score.

The letters printed on the vertical lines below the test titles show the ranks for each test. An "N" is printed on each line to show the NATIONAL percentile rank. If the LOCAL percentile ranks are given, an "L" is also printed on each vertical line to show the LOCAL percentile rank. If a "B" is printed on the chart, this means that BOTH the national and local percentile ranks were the same or nearly the same.

A line may be drawn from the N for the first test to the N for the second test, then to the N for the third test, and so on to form a line graph or "skills line." The line connecting the N's is the national skills-line. If LOCAL percentile ranks are reported, the L's may be connected to form a local skills-line. Wherever the skills-line is in the upper part of the chart, skills are above average. Wherever it lies in the lower part of the chart, skills are below average.

# GARLAND I.S.D. STUDENT RESIDENCE and TESTING RECORD

LAST Long FIRST Steven MIDDLE L.
DATE OF BIRTH 08-17-71 SEX Boy RACE 0

| School Year | Name of Parent or Guardian | Address of Parent or Guardian | Phone No. | Occupation |
|---|---|---|---|---|
| | | | | |

| Intelligence Tests | Date Given | Age | Grade | M Age | V I.Q. | N-V I.Q. | Achievement Tests | Date Given | Age | Grade | N% | L% | G.E. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

LONG STEVEN AGE RS DIQ PR/IQ S/IQ GPR S/GPR OTHER INFORMATION
09/77 CAT P 1 FM 1 06/01 36 82 13-12 3-3 5 2

LONG STEVEN IOWA TESTS OF BASIC SKILLS GRADE 1 LEVEL 7 FORM 65 DATE TESTED 4/78

8 9 7 4 17 41 9 5 13 17 2 1 8 4 10 3
2-2 2-1 5-4 37 2-2 3-3 1-1 2-1 1-1

LUNG STEVEN AGE RS DIQ PR/IQ S/IQ GPR S/GPR OTHER INFORMATION
11/78 CAT P 1 FM 1 07/03 54 91 29-25 4-4 51 5

LONG STEVEN IOWA TESTS OF BASIC SKILLS GRADE 1 LEVEL 7 FORM 65 DATE TESTED 4/79

20 55 8 7 13 20 16 35 23 69 21 60 22 66 16 34
5-5 2-1 3-3 4-4 6-6 6-6 6-6 4-4

| LONG S | LISTENING | VOCABULARY | WORD ANALYSIS | READING | XXXX SPELLING | WORK-STUDY | MATHEMATICS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| NATL RANK | | 55 | 7 | 20 | 35 | | 66 | 34 |
| LOCAL | | 45 | 3 | 14 | 34 | | 66 | 32 |

LONG EXHIBIT 1, p. 255

LONG EXHIBIT 1, p. 256

1039458

**CUMULATIVE HEALTH RECORD — GARLAND SCHOOLS**

OT 3/88

Name: LONG (Last) STEVEN (First) LYNN (Middle) Sex: M Birthdate: 8-17-71 Enrolled: 11-9-76

Address: W WALNUT #105 B Phone No.: 276-7603 Bldg: WALNUT GLEN

Name of Guardian | Place of Business: AIRWICK CORP. | Phone No.: 231-0411

Special Health Problems

Choice of Doctors: 1st Dr. Baker; 2nd

If Parent Cannot be Reached—Notify

| | Name | Phone No. | | Name | Phone No. |
|---|---|---|---|---|---|
| 1. | [illegible] | 391-0891 | 3. | | |
| 2. | | | 4. | | |

Entered From:

Remarks:

| Immunizations — Dates of Originals and Boosters | | | | | Source | Current Doses Needed |
|---|---|---|---|---|---|---|
| Smallpox | | | | | | |
| D.P.T. | 6-4-72 | 10-30-72 | [illegible]-75 | 3-4-76 | | |
| Diph.-Tet. | | | | | | |
| Tetanus | | | | | | |
| Polio-Oral | [illegible] | 10-30-72 | [illegible]-74 | 3-4-76 | | Other Immunizations |
| Rubella-German | | 10-30-73 | | | | |
| Rubeola-Red | | | | | | |
| Mumps | 8-14-73 | | | | DCHD | |
| T.B. Tests | | | | | | |

| History of Diseases | Yes | Date |
|---|---|---|
| Allergies | | |
| Asthma | ✓ | |
| Chicken Pox | | |
| Diabetes | | |
| Diphtheria | | |
| Epilepsy | | |
| Heart Disease | | |
| Measles—German | | |
| Measles—Red | | |
| Mumps | | |
| Pneumonia | | |
| Polio | | |
| Rheumatic Fever | | |
| Scarlet Fever | | |
| Typhoid | | |
| Whooping Cough | | |
| T & A | | |
| Surgery | | |
| Fractures | | |

| Date | Age | Gr. | Health Record Height | Health Record Weight | Vision Acuity Date | Vision Acuity Results | Hearing Date | Hearing R. | Hearing L. | Teacher | School | Nurse |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76-77 | 5 | K | | | 12/76 | [illegible] | | | | [illegible] | Walnut Glen | [illegible] |
| 77-78 | 6 | 1 | [illegible] | [illegible] | 10/77 | [illegible] | 10-77 | [illegible] | | [illegible] | [illegible] | [illegible] |
| 78-79 | 7 | 1 | 41 3/4 | 46 | 9/78 | P [illegible] | 1/79 | [illegible] | | Brown | Walnut Glen | [illegible] |

Special Therapy

- Braces
- Crutches
- Glasses
- Hearing
- Speech

S-H-850

# EXHIBIT 16

LONG EXHIBIT 1, p. 257

THE STATE OF TEXAS
TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED to summon

CUSTODAIN OF STUDENT RECORDS FOR DISD
UNKNOWN
DALLAS TX

to be and appear before the 265 TH JUDICIAL District Court of Dallas County, Texas, at the Courthouse of said County, in the City of Dallas, on the 21 ST day of AUGUST, 2006, at 900 o'clock A M., then and there to testify as a witness in behalf of the DEFENDANT in a Criminal action pending in said Court, wherein THE STATE OF TEXAS is plaintiff, and

STEVEN L LONG Defendant; No. F-0552918R

DUCES TECUM (IF APPLICABLE) ☐ NOT APPLICABLE

and that he bring with him and produce in said Court, at said time and place,

RECORDS RE: STEVEN L. LONG, D.O.B. 08-17-71

Any and all information contained in the defendant's academic, special education, and disciplinary file including, but not limited to:

- All academic records including *any* notes included in his records
- All special education records including IEP's
- Copies of any psychological testing conducted including intelligence testing, personality testing, and achievement testing. Please include any reports made regarding the testing.
- All disciplinary records and notes
- Counseling records of any kind
- Teacher notes or file notations of any kind
- All correspondence

court. ourt ted the same. APPLICABLE ...e collected as fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS 16 TH day of AUGUST, 20 06.

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By [signature] Deputy
T VARNADO

Form 371 - SUBPOENA - CRIMINAL (FELONY)
LOCAL - DUCES TECUM - OUT OF COUNTY

NO. F-0552918R

JUDICIAL DISTRICT COURT 265 TH
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

STEVEN L LONG

CAP MUR DWI

SUBPOENA

ISSUED

This 16 TH day of AUGUST, 20 06

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By T VARNADO Deputy

ATTORNEY:
PAUL JOHNSON
DALLAS, TEXAS
214 761 0707

REPORT TO:

FRANK CROWLEY COURTS BLDG
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS

LONG EXHIBIT 1, p. 259

PRINT ALL INFORMATION. I. D. Number
USE B...
525272 LONG STEVEN L M A 08/17/71

# PUPIL'S CUMULATIVE RECORD 7

...DEPENDENT SCHOOL DISTRICT, DALLAS, TEXAS

Name ___ Last ___ First ___ Middle ___ Sex (M) F Birth Date August 17 1971 (Month Day Year) Birth Place Dallas ...

Authority for Birth Record Reg. # 16720 Dallas Co., Tex.

Father Long Ronnie Jack (Last First Middle) Mother's Maiden Name Tidwell Judy Ann (Last First Middle) Mother's Present Name [illegible]

Guardian Mrs. Judy Ann Long Relation Mother Father's Birthplace ___ Mother's Birthplace ___

With Whom Does Child Live? Mother Last School Attended Before Coming to Dallas ___ (Name City State) Years in School Before This Year ___

| Season | Father's Step-Father's Home Address | Where Father Step-Father Works | Mother's Step-Mother's Home Address | Where Mother Step-Mother Works | No. |
|---|---|---|---|---|---|
| 76-77 | 6024 Military Pkwy. | Unknown | 407 Simonds | Seabbie Corporation | 1 |
| 79-80 | — | — | 407 [illegible] | [illegible] | 2 |
| 80-81 | | | [illegible] | [illegible] | 3 |
| 80-81 | | | 2233 [illegible] | [illegible] | 4 |
| 81-82 | | | 2233 [illegible] | [illegible] | 5 |

Father's Business Telephone No. (1) ___ (2) ___ (3) ___ (4) ___ (5) ___
Mother's Business Telephone No. (1) 238-0411 (2) ___ (3) ___ (4) ___ (5) ___

82-83

Early Childhood — SCHOOL HISTORY

| | Kindergarten Fall 1 | 2 | Winter 3 | 4 | Spring 5 | 6 | First Grade Fall 1 | 2 | Winter 3 | 4 | Spring 5 | 6 | Second Grade Fall 1 | 2 | Winter 3 | 4 | Spring 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 407 Simonds | | | | | | 407 [illegible] | | | | | | 407 [illegible] | | | | [illegible] | |
| Telephone | | | | | | | 391-2233 | | | | | | 398-2233 | | | | 398-[illegible] | |
| Date Entered | 8-23-76 | | | | | | | | | | | | | | | | | |
| Date Dropped | 11-9-76 | | | | | | 7/27/79 | | | | | | | | | | | |
| Assigned to | KA | KD | | | | | 2E | | | | | | 3F | | | 3E | 3F | 3F |
| 1st Report Teacher | [illegible] | [illegible] | | | | | [illegible] | | [illegible] | | | | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] |
| 2nd Report Teacher | | | | | | | | | | | | | | | | | | |
| 3rd Report Teacher | | | | | | | | | | | | | | | | | | |
| School Code No. | 533 | 533 | | | | | 241 | | 241 | | | | 242 | | 242 | 242 | [illegible] | [illegible] |
| School Name | [illegible] | | | | | | Buckner | | Buckner | | | | Buckner | | Buckner | Buckner | [illegible] | [illegible] |
| Days Present | 27 | 22 | | | | | 29 | 30 | 29 | 27 | 29 | 29 | 28 | 29 | 31 | 29 | 29 | 27 |
| Days Absent | 2 | 3 | | | | | 0 | 0 | 0 | 2 | 0 | 0 | 0 | | | | | |
| Communications (Gr.) | | | | | | | 3 | 3 | 3 | 3 | 3 | 3 | | | | | | |
| Basic Concepts | | | | | | | | | | | | | | | | | | |
| Aural (listening) | | | | | | | | | | | | | | | | | | |
| Oral language | | | | | | | | | | | | | | | | | | |
| Visual | | | | | | | | | | | | | | | | | | |
| Motor | | | | | | | | | | | | | | | | | | |
| Reading (if applicable) | | | | | | | | | | | | | | | | | | |
| Writing | | | | | | | | | | | | | | | | | | |
| Handwriting | | | | | | | | | | | | | | | | | | |
| Spelling | | | | | | | | | | | | | | | | | | |
| Social Studies (Gr.) | | | | | | | 3 | 3 | 3 | 3 | 2 | 2 | | | | | | |
| Mathematics (Gr.) | | | | | | | 1 | 1 | 1 | 1 | 1 | 2 | | | | | | |
| Health Science (Gr.) | | | | | | | 3 | 3 | 4 | 2 | 2 | 3 | | | | | | |

INSTRUCTIONAL LEVELS (Second Grade)

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Reading | 1 | 1 | 1 | 1 | 1 | 2 |
| Mathematics | 3 | 3 | 3 | 3 | 3 | 3 |

CURRICULUM AREAS — RATINGS

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Readiness | | | | | | |
| Language Arts | | | | | | |
| 1-3 ONLY — Oral Language | S | S | S | S | S | S |
| Reading | S | S | S | S | [illegible] | S |
| Handwriting | S | S | S | S | S | [illegible] |
| Spelling | S | S | S | N | S | [illegible] |
| Language | S | N | S | S | [illegible] | [illegible] |
| Mathematics | S | S | S | S | S | S |
| Social Studies | S | S | S | S | S | [illegible] |
| Science/Health | S | S | S | S | S | S |
| Creative Arts | S | S | S | S | S | S |
| Physical Education | S | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

LONG EXHIBIT 1, p. 260

[illegible] I. D. Number 525272

SCHOOL HISTORY

| | FOURTH GRADE Fall 1 | 2 | Winter 3 | 4 | Spring 5 | 6 | FIFTH GRADE Fall 1 | 2 | Winter 3 | 4 | Spring 5 | 6 | SIXTH GRADE Fall 1 | 2 | Winter 3 | 4 | Spring 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | [illegible] | | [illegible] | | 2838 Prichard | | 3370 Overlook | | | | | | | | | | | |
| Address | [illegible] | | [illegible] | | 2838 Prichard | | " | | | | | | | | | | | |
| Telephone | | | | | | | | | | | | | | | | | | |
| Date Entered | [illegible] | | 1-18-82 | | | | 8-23-83 | | | | | | | | | | | |
| Date Dropped | | | | | | | | | | | | | | | | | | |
| Assigned to | 4A | | 4A | | 4A | | 5B | | | | | | | | | | | |
| 1st Report Teacher | Reese | | Reese | | Reese | | [illegible] | | | | | | | | | | | |
| 2nd Report Teacher | Reese | | Reese | | Reese | | " | | | | | | | | | | | |
| 3rd Report Teacher | | | | | | | | | | | | | | | | | | |
| School Code No. | 530 | 530 | 530 | 530 | 530 | 530 | 518 | 518 | 518 | 518 | 518 | 518 | | | | | | |
| Days Present | 27 | [illegible] | 27 | 29 | 29 | 31 | 29 | 28 | 28 | 30 | 29 | 26 | | | | | | |
| Days Absent | 1 | [illegible] | 0 | 1 | 1 | 0 | 0 | 2 | 0 | [illegible] | [illegible] | [illegible] | | | | | | |

Promoted to 7th Grade by Dr. [illegible] 9-5-85

Program Information (Title I and/or Other Special Programs)

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Teacher | White | | | | | |
| School Code No | 532 | | | | | |
| School Name | Bowie | | | | | |
| Days Present | 37 | 35 | 32 | 28 | 33 | [illegible] |
| Days Absent | 1 | 3 | 2 | 0 | 1 | 2 |
| Reading Inst. Level | 5 | 5 | 5 | 5 | 5 | 5 |
| Reading Gr. | F | F | F | F | F | F |
| Spelling Gr. | F | F | F | F | F | F |
| Composition Gr. | F | F | F | F | F | F |
| Handwriting Gr. | C | C | C | C | C | [illegible] |
| Mathematics Inst. Level | 5 | 5 | 5 | 5 | | [illegible] |
| Mathematics Gr. | F | F | F | F | F | F |
| Social Studies Gr. | [illegible] | F | C | C | F | F |
| Science/Health Gr. | F | F | F | F | F | F |
| Art Grade | C | C | C | B | C | C |
| General Music Gr. | C | C | F | C | C | C |
| (Tubed) Piano Band/Orch. Gr. | | | | | | |
| Physical Ed. Gr. | A | A | A | A | A | A |

LONG EXHIBIT 1, p. 261

Name ____________ I. D. Number ____________

Referral for [illegible] Services

| Date | ARD Team | Student [illegible] | [illegible] |
| --- | --- | --- | --- |

Objective Test Data

7th

CONFIDENTIAL
GRADE 7 TEST DATE 02/86
BIRTH DATE 08/17/71
STUDENT LUNG STEVEN L
ID NO 5252720000
DISTRICT 057-905 DALLAS ISD
CAMPUS 052 HOOD MIDDLE
SCALED SCORE SUBJECT MASTERY
MATHEMATICS
READING
WRITING

CONFIDENTIAL
GRADE 7 TEST DATE 02/87
BIRTH DATE 08/17/71
STUDENT LONG STEVEN L
ID NO 525272 (DISTRICT)
DISTRICT 057-905 DALLAS ISD
CAMPUS 046 FLORENCE MIDDLE
SCALED SCORE SUBJECT [illegible]
MATHEMATICS NOT SCORED
READING NOT SCORED
WRITING NOT SCORED

8th

Additional

Name ______________ I. D. Number ______________

Objective Test Data

Referral for Special Services

| Date | ARD Team | Student Service Number | Recommendations |
| --- | --- | --- | --- |
| | | | |

7th

CONFIDENTIAL
GRADE 7 TEST DATE 02/86
BIRTH DATE 08/17/71
STUDENT LONG STEVEN L
I.D. NO 5252720000
DISTRICT 057-905 DALLAS ISD
CAMPUS 052 HOOD MIDDLE
SCALED SCORE SUBJECT MASTERY
MATHEMATICS
READING
WRITING

CONFIDENTIAL
GRADE 7 TEST DATE 02/87
BIRTH DATE 08/17/71
STUDENT LONG STEVEN L
I.D. NO 525272 (DISTRICT)
DISTRICT 057-905 DALLAS ISD
CAMPUS 046 FLORENCE MIDDLE
SCALED SCORE SUBJECT MASTERY
MATHEMATICS NOT SCORED
READING NOT SCORED
WRITING NOT SCORED

8th

Additional

25X

Middle School Cumulative

LONG EXHIBIT 1, p. 263

Name ............ I.D. Number

OBJECTIVE TEST DATA

METROPOLITAN READINESS TESTS

SCHOLASTIC APTITUDE TESTS

EDUCATIONAL ACHIEVEMENT TESTS

020707 LONG ITBS
NPR 41 13 61 79 33 42
CPR 67 27 63 66 52 66

LONG 525272 STEVEN 08/17/71

LONG 525272 STEVEN 08/17/71

LONG 525272 STEVEN 08/17/71

LONG 525272 STEVEN 08/17/71

LONG
246-525272 ... STEVEN L
(ENGLISH ONLY)

LONG 525272 STEVEN ENGLISH 08/17/71

LONG 525272 STEVEN 08/17/71 ENGLISH 05/84

GRADE 5 TEST DATE 02/84
ID. 525272000 BIRTHDATE 08/17/71
STUDENT LONG STEVEN L
DISTRICT 057-905 DALLAS ISD
CAMPUS 222 ROWE EL
*CONFIDENTIAL* OBJECTIVES

| TEST | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total Items Correct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATHEMATICS | N | N | Y | N | Y | N | N | N | Y | Y | Y | N | 30 |
| READING | N | Y | Y | N | N | N | Y | Y | Y | Y | Y | | 27 |
| WRITING | Y | Y | N | N | Y | Y | Written Comp 1- 3 | | Hand Writing 2- A | | | | 19 |

GRADE 5 TEST DATE 02/85
ID. 525272000 BIRTHDATE 08/17/71
STUDENT LONG STEVEN L
DISTRICT 057-905 DALLAS ISD
CAMPUS 232 ROWE EL
*CONFIDENTIAL* OBJECTIVES

| TEST | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total Items Correct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATHEMATICS | N | N | Y | N | N | Y | N | Y | Y | Y | N | Y | 27 |
| READING | N | N | N | N | Y | N | Y | Y | Y | N | N | | 25 |
| WRITING | Y | Y | Y | N | Y | Y | Written Comp 1- 2 | | Hand Writing 2- A | | | | 20 |

Y = MASTERED
N = NOT MASTERED
1 = WRITTEN COMPOSITION RAW SCORE
2 A = ACCEPTABLE
B = HARD TO READ
C = ILLEGIBLE
D = NOT RATABLE

Signature of Principal ... Telephone Number ... Date

Date Request Received ... Signature of Person Requesting Record

Address of Person Requesting Record

25 X 10

LONG EXHIBIT 1, p. 264

LONG EXHIBIT 1, p. 265

Middle School Cumulative [illegible]

Name ______________________ I. D. Number ______

Date of Birth ______________ Sex ______ Race ______

Address ____________________ Telephone ______________

Parent/Guardian ____________________

______________ Middle School

______________ High School (Home)

7th

I.D. NO. 0[illegible] [illegible]
NAME: LONG, STEVEN L
SCHOOL [illegible]
GRADE: 07 RACE: [illegible]
SCHOOL YR: 85/86
SEMESTER: FALL

| SUBJECT | 1 | 2 | 3 | EXAM | SEM | CRED | TEACHER |
|---|---|---|---|---|---|---|---|
| LANG ARTS 7 | [illegible] | 50 | 50 | 50 | 5[illegible] | | WALLACE |
| READING IMPRV | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | POWELL |
| TEX HST-GEO 7 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | BROWN |
| MATH 7 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | HARPER |
| COMP LITERACY | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | DEUTSCH |
| LIFE SCI 7 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | HERNANDEZ |
| [illegible] 7 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | ARUNDALE |

| ENTERED | SEM ENDED | ABS | SEM GPA | SEM CR | CUM GPA | CUM CR |
|---|---|---|---|---|---|---|
| 09/04 | 01/2[illegible] | [illegible] | | | | |

8th

Ref I.D. NO. 046 525272 (09-9977)
NAME: LONG, STEVEN L
SCHOOL: FRED FLORENCE
GRADE: 07 RACE: A
SCHOOL YR: 86/87
SEMESTER: FALL

| SUBJECT | 1 | 2 | 3 | EXAM | SEM | CRED | TEACHER |
|---|---|---|---|---|---|---|---|
| LANG ARTS 7 | [illegible] | [illegible] | [illegible] | [illegible] | 49 | [illegible] | LITTLETON |
| READING IMPRV 7 | [illegible] | [illegible] | [illegible] | [illegible] | 49 | [illegible] | COLEMAN |
| TEX HST-GEO 7 | [illegible] | [illegible] | [illegible] | [illegible] | 49 | [illegible] | REEVES |
| MATH 7 | [illegible] | [illegible] | [illegible] | [illegible] | 49 | [illegible] | FUDGE |
| LIFE SCI 7 | [illegible] | [illegible] | [illegible] | [illegible] | 49 | [illegible] | DURHAM |
| PHY EDUC 7-8 | [illegible] | [illegible] | [illegible] | [illegible] | 49 | [illegible] | LAGERWOOD |
| INTRO IND ART 2 | 50 | [illegible] | [illegible] | [illegible] | 49 | [illegible] | HARRIS |

| ENTERED | SEM ENDED | ABS | SEM GPA | SEM CR | CUM GPA | CUM CR |
|---|---|---|---|---|---|---|
| 09/03 | 01/22 | 67 | | | | |

I.D. NO. 046 525272
NAME: LONG, STEVEN L
SCHOOL: FRED FLORENCE M
GRADE: 08 RACE: A
SCHOOL YR: 86/87
SEMESTER: SPRG

| SUBJECT | 1 | 2 | 3 | EXAM | SEM | CRED | TEACHER |
|---|---|---|---|---|---|---|---|
| LANG ARTS 7 | | | | | | NO | LITTLETON JR |
| READING IMPRV | | | | | | NO | COLEMAN |
| TEX HST-GEO 7 | | | | | | NO | REEVES |
| MATH 7 | | | | | | NO | FUDGE |
| COMP LITERACY | | | | | | NO | THOMAS |
| LIFE SCI 7 | | | | | | NO | DURHAM |
| ART | | | | | | NO | HIGGINS |
| LANG ARTS 8 | 5[illegible] | 50 | 5[illegible] | 50 | 50 | NO | GALBERRO[illegible] |
| READING IMPRV 8 | 50 | 5[illegible] | 5[illegible] | 5[illegible] | 5[illegible] | NO | JOHNSON[illegible] |
| U.S. HIST CTZ | 70 | 7[illegible] | [illegible] | [illegible] | 5[illegible] | NO | RUSHING[illegible] |
| MATH 8 | 5[illegible] | 5[illegible] | 5[illegible] | [illegible] | 5[illegible] | NO | [illegible] |

Placed

No Grade

| ENTERED | SEM ENDED | ABS | SEM GPA | SEM CR | CUM GPA | CUM CR |
|---|---|---|---|---|---|---|
| 05/04 | 05/04 | 00 | | | | |

26x10

# EXHIBIT 17



LONG EXHIBIT 1, p. 267

First Grade - April 1978



LONG EXHIBIT 1, p. 268

First Grade - April 1979 (Repeated)

LONG EXHIBIT 1, p. 269

## Steven Long's Scores Compared to National and Local Scores

Local %
National %

100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%

Vocabulary
Word Analysis
Reading
Spelling
Total Math
Composite

Third Grade - Apr. 1981



LONG EXHIBIT 1, p. 270

Steven Long's Scores Compared to National and Local Scores
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
Vocabulary
Reading
Language
Work Study
Total Math
Composite
Local %
National %

Fourth Grade - Apr. 1982

LONG EXHIBIT 1, p. 271

Steven Long's Scores Compared to National and Local Scores
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
Local %
National %
Vocabulary
Reading
Language
Total Math
Fourth Grade - Apr. 1983 (Repeated Grade)

LONG EXHIBIT 1, p. 272



LONG EXHIBIT 1, p. 273

Steven Long's Scores Compared to National and Local Scores
Local %
National %
100%
90%
80%
70%
60%
50%
40%
30%
20%
10%
0%
Vocabulary
Reading
Language
Work Study
Math
Composite
Fifth Grade - April 1985